CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
3RD & CONSTITUTION AVE., NW
WASHINGTON, DC 20001
September 27, 2005

UNITED STATES OF AMERICA

V.                                                          Criminal No. 05-0359-01,02 &
                                                                            03
#1: DOUGLAS JEMAL
#2: NORMAN D. JEMAL
#3: BLAKE C. ESHERICK

### CRIMINAL NOTICE

Please be advised that the above entitled case is scheduled in Court.

CASE   SET   FOR: ARRAIGNMENTS
DATE:                THURSDAY, OCTOBER 13, 2005
TIME:                9:45 A.M.
JUDGE:               RICARDO M. URBINA
COURTROOM:   No. #12   -   Fourth Floor

Notwithstanding the obligation of the D.C. Pretrial Services Agency and/or Surety to notify the defendant of his/her required appearance, defense counsel is also directed by the Court to take appropriate action to assure the presence of the defendant.

NOTE: PRIOR TO SCHEDULED ARRAIGNMENT DATE, ALL DEFENDANT SHOULD BE INTERVIEWED BY A PRETRIAL REPRESENTATIVE.. PRETRIAL SERVICES AGENCY IS LOCATED ON THE FIRST FLOOR OF THE U.S . DISTRICT COURTHOUSE, ROOM 1413, 333 CONSTITUTION AVENUE, N.W., WASHINGTON, D.C. 2001. THEIR TELEPHONE NUMBER IS 202/442-1000.

NANCY MAYER-WHITTINGTON, Clerk

cc:
                              By:_____James W. Dales_____
Chambers                                         Deputy Clerk
File
Courtroom Clerk
Amy Jeffress, Esquire, Deputy Chief, Organized Crime and Narcotics Trafficking Section, 555 4th Street, N.W., Washington, D.C. 20001
Michele Roberts, Esquire, 1333 New Hampshire Avenue, N.W., Washington, D.C. 20036
Christopher Meade, Esquuire, London & Meade, 1225 19th Street, N.W., Suite #320, Washington, D.C. 20036
Paul Kemp, Esquire, Venable LLP, One Church Street, Rockville, Maryland 20530
Stan Brand, Esquire 923 15th Street, N.W., Washington, D.C.20005
Douglas Jemal and Norman Jemal 702 H Street, N.W., Washington, D.C. 2001
Blake C. Esherick, 6001 Nevada Avenue, N.W., Washington, D.C. 20015
Pretrial Services