UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No.: 05-0359 (RMU) |
| : | |
| DOUGLAS JEMAL, : | |
| NORMAN D. JEMAL, and : | |
| BLAKE C. ESHERICK : | FILED |
| : | |
| Defendant(s). : | OCT 6 - 2005 |

ORDER

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

It is this 6th day of October 2005,

**ORDERED** that the arraignment in the above-captioned case scheduled for October 13, 2005 is hereby **VACATED** and **RESCHEDULED** for Monday, October 24, 2005 at 2:15 pm.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge