UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
:
v.  :  Criminal Action No.: **05-359** (RMU)
:
_Jemal, Douglas, et al._,  :
:                **FILED**
Defendant(s).  :
OCT 2 4 2005

## CRIMINAL SCHEDULING ORDER[1]

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

In order to manage this case in a manner consistent with the highest quality of justice, it is

this **24th** day of **October** 2005,

**ORDERED** that the parties file all:

Pretrial Motions\Notices    on or before  **12/22/05**  ;

Oppositions                 on or before  **1/18/06**   ; and

Replies                     on or before  **2/1/06**    ; and it is

**FURTHER ORDERED** that this case be set for:

An interim status conference on **2/7/06**, at **1:45 pm** and

A **First** motions hearing on **March 7**, at **1:45**;

and it is **Second Motions Hearing March 20, 2006 at 9:45 am.**

**ORDERED** that counsel comply with all directives set forth in this court's Standing Order issued for this case and posted at www.dcd.uscourts.gov/RMUrbina-page.html.

**SO ORDERED.**

_Jury Selection/Trial is scheduled for September 8, 2006 at 10:00 am._

_____
Ricardo M. Urbina
United States District Judge

---

[1] Revised January 2005.