IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)           Criminal Nos. 05-0359-01, 02 & 03<br>)           (RMU)<br>DOUGLAS JEMAL, et al.,   )<br>)<br>         Defendants.  )<br> | |

## JOINT CONSENT MOTION TO AMEND CONDITIONS OF RELEASE

Defendants Douglas Jemal and Norman Jemal, by undersigned counsel, move to amend their conditions of release so that they can travel to Israel for the Bar Mitzvah of Douglas' grandson. In a phone call on November 9, 2005, Assistant U.S. Attorney Mark Dubester authorized counsel to represent that he does not oppose the motion.

On October 24, 2005, this Court released Defendants pending trial on the following conditions: (1) personal recognizance, (2) weekly phone reports to the D.C. Pre-Trial Services Agency, and (3) surrender of their passports to the D.C. Pre-Trial Services Agency.

Douglas Jemal's grandson is being Bar Mitzvahed on November 24, 2005, in Israel. The family plans to spend a week in Israel surrounding the event. Douglas Jemal plans to fly to Israel on November 19, and return on November 27. Norman Jemal plans to fly to Israel on November 19, and return on November 28. As reflected in the conditions of their release, Douglas and Norman Jemal have known about the government's investigation for some time, assert their innocence, and have strong ties to the community.

Defendants Douglas and Norman Jemal request that the Court amend their conditions of release to permit them to retrieve their passports and passport information from Pre-Trial Services for the family trip to Israel. Defendants propose to surrender their passports to Pre-Trial Services on or before November 29, 2005, shortly after their return to the United States.

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**JOINT CONSENT MOTION TO AMEND CONDITIONS OF RELEASE**

18 U.S.C. § 3142.

Respectfully submitted,

_____
Christopher B. Mead  (D.C. Bar #411598)
London & Mead
1225 19th Street, N.W.
Suite 320
Washington, D.C.  20036
(202) 331-3334
(202) 785-4280 *facsimile*
Counsel for Defendant Douglas Jemal

_____ with authorization of
Stan Brand  (D.C. Bar # 213082)
Brand Law Group
923 15th Street, N.W.
Washington, D.C.  20005
(202) 662-9700
(202) 737-7565 *facsimile*
Counsel for Defendant Norman Jemal

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of the foregoing **Joint Consent Motion to Amend Conditions of Release with Memorandum of Points and Authorities in Support of Joint Consent Motion to Amend Conditions of Release and proposed Order** was mailed, postage prepaid, this 10th day of November, 2005 to:

Mark H. Dubester, Esquire
Assistant United States Attorney
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20001

Reid H. Weingarten, Esquire
Erik L. Kitchen, Esquire
Brian M. Heberlig, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

Paul Kemp, Esquire
Carol Elder Bruce, Esquire
Venable LLP
One Church Street
Fifth Floor
Rockville, Maryland 20850

Michele Roberts, Esquire
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036

_____
Christopher B. Mead

\IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **Criminal Nos. 05-0359-01, 02 & 03** |
| ) | **(RMU)** |
| **DOUGLAS JEMAL, et al.,** ) | |
| Defendants. ) | |

## ORDER

This matter having come before this Court on the Joint Consent Motion to Amend Conditions of Release, and it appearing that the United States does not oppose the motion, it is this ____ day of November, 2005,

**ORDERED THAT** Defendants Douglas Jemal and Norman Jemal are permitted to travel to Israel on November 19, 2005, for purposes of a family trip; and

**FURTHER ORDERED** that Defendants Douglas Jemal and Norman Jemal are authorized to retrieve their passports and passport information from the D.C. Pre-Trial Services Agency; and

**FURTHER ORDERED** that Defendants Douglas Jemal and Norman Jemal return to the United States and surrender their passports to the D.C. Pre-Trial Services Agency on or before November 29, 2005.

_____
The Honorable Ricardo M. Urbina
United States District Judge for the District of Columbia