IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
NOV 10 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA )
)
)
)
v. )
) Criminal Nos. 05-0359-01, 02 & 03
) (RMU)
DOUGLAS JEMAL, et al., )
)
    Defendants. )
)

## ORDER

This matter having come before this Court on the Joint Consent Motion to Amend Conditions of Release, and it appearing that the United States does not oppose the motion, it is this 10 day of November, 2005,

**ORDERED THAT** Defendants Douglas Jemal and Norman Jemal are permitted to travel to Israel on November 19, 2005, for purposes of a family trip; and

**FURTHER ORDERED** that Defendants Douglas Jemal and Norman Jemal are authorized to retrieve their passports and passport information from the D.C. Pre-Trial Services Agency; and

**FURTHER ORDERED** that Defendants Douglas Jemal and Norman Jemal return to the United States and surrender their passports to the D.C. Pre-Trial Services Agency on or before November 29, 2005.

The Honorable Ricardo M. Urbina
United States District Judge for the District of Columbia