UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | Cr. Nos.: 05-0359-01, 02 & 03 (RMU) |
| | : | |
| **DOUGLAS JEMAL, et al.** | : | |
| | : | |
| | : | |
| **Defendants.** | : | |

## NORMAL D. JEMAL'S REQUEST TO TRAVEL OUTSIDE THE COUNTRY

Defendant, Norman D. Jemal, respectfully submits this request to travel with his wife outside the country. Specifically, Mr. Jemal and his wife would like to travel to St. Bart's in the French West Indies departing on December 22, 2005 and returning on January 1, 2006. This trip will be a vacation, not a business trip. While in St. Bart's, Mr. Jemal and his wife will be staying at the Eden Rock hotel. The hotel's phone number is 590-590-29-79-99.

Mr. Jemal's attorney has also contacted Assistant United States Attorney Mark Dubester who does not object to Mr. Jemal's request.

Wherefore, for the foregoing reasons, Norman D. Jemal respectfully requests that this Court grant his request to travel outside the country.

Respectfully submitted this 8th day of December, 2005.

_____
Ross A. Nabatoff, Esq.
Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C. 20005
Attorney for Defendant Norman D. Jemal