# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| v. | : Cr. Nos.: 05-0359-01, 02 & 03 (RMU) |
| | : |
| **DOUGLAS JEMAL, et al.** | : |
| | : |
| | : |
| **Defendants.** | : |

## PROPOSED ORDER

Having reviewed defendant Norman D. Jemal's Request to Travel Outside the Country, it is hereby **ORDERED** that said request is **GRANTED**. Norman D. Jemal is permitted to travel to St. Bart's in the French West Indies on December 22, 2005 and must return to Washington, D.C. on January 1, 2006.

Date: _____        _____
                                                            Ricardo M. Urbina
                                                            United States District Court Judge