UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Cr. Nos.: 05-0359-01, 02 & 03 (RMU) |
| DOUGLAS JEMAL, et al. | : |
| Defendants. | : |

FILED
DEC 9 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER

Having reviewed defendant Norman D. Jemal's Request to Travel Outside the Country, it is hereby **ORDERED** that said request is **GRANTED**. Norman D. Jemal is permitted to travel to St. Bart's in the French West Indies on December 22, 2005 and must return to Washington, D.C. on January 1, 2006.

Date: 12/9/05

Ricardo M. Urbina
United States District Court Judge