UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES, ) | |
| ) | |
| v.  ) | Cr. Nos.  05-0359-01, 02 & 03 (RMU) |
| ) | |
| DOUGLAS JEMAL, et al. ) | |
| ) | |
| Defendants. ) | |

**NORMAN D. JEMAL'S MOTION TO SEVER
COUNTS 6-8 BASED UPON PREJUDICIAL JOINDER UNDER RULE 14**

Defendant Norman D. Jemal  (Mr. Jemal), pursuant to Federal Rules of Criminal Procedure 12(b)(3)(D) and 14, respectfully submits this motion to sever Counts Six through Eight, ¶ 18 of the Manner and Means section of Count One, and ¶¶ 18-20 of the Overt Acts of Count One (collectively the "tax evasion counts") from the remaining counts of the indictment. Severance is necessary under Federal Rule of Criminal Procedure 14 to avoid prejudice to Mr. Jemal who, if this Court declines to sever these counts, will be irreparably harmed by the government's introduction of a voluminous amount of evidence pertaining to these counts in which he is not charged.  Already, Mr. Jemal has an arduous task in defending the multiple charges the grand jury has levied against him, but his task becomes insurmountable if this Court allows the government to taint Mr. Jemal with prejudicial evidence that is utterly irrelevant to him and would be inadmissible if this Court separately tried  Mr. Jemal.  Thus, this Court's only recourse is to sever the tax evasion counts from the remaining counts.  Such a ruling would be fair and just to all parties involved in this dispute.[1]

---

[1]    Mr. Jemal, along with the two other defendants, have concurrently filed a Motion to Sever based upon Federal Rule of Criminal  Procedure 8(b).  Mr. Jemal files this separate motion

Respectfully submitted this _____ day of December, 2005.

    _____
Stanley M. Brand
Ross Nabatoff
The Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 662-9700
Counsel for Norman Jemal

---

(continued)
for severance based upon Federal Rule of Criminal Procedure 14 because he is the only defendant not charged in the tax evasion counts, and thus, the only defendant who will suffer irreparable injury when, at trial, the government introduces a plethora of prejudicial evidence relating to the tax evasion counts. While such a strategy appeals to the government, it contravenes Federal Rule of Criminal Procedure 14.

Motion to Sever
Page 2

Motion to Sever
Page 3