**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **UNITED STATES,** | ) ) ) | |
| v. | ) ) | Cr. Nos.  05-0359-01, 02, 03 (RMU) |
| **DOUGLAS JEMAL, et al.,** | ) ) ) | |
| **Defendants.** | ) ) | |

**ORDER**

Upon consideration of Defendant, Norman D. Jemal's, Motion To Sever Counts based upon Prejudicial Joinder Under Rule 14, the Government's Opposition thereto, and Mr. Jemal's Reply, it is HEREBY ORDERED that Mr. Jemal's motion is GRANTED, and Counts Six through Eight (as well as paragraph 18 of the Manners and Means Section and paragraphs 18-20 of the Overt Acts Section of Count One) are SEVERED from Counts One through Five.

Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE

copies to:

Stanley M. Brand
Ross Nabatoff
The Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 662-9700
Counsel for Norman Jemal

Reid Weingarten
Erik L. Kitchen
Brian M. Heberlig
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
 (202) 429-3000
Counsel for Douglas Jemal

Michele Roberts
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 887-4306
Counsel for Douglas Jemal

Christopher B. Mead
London & Mead
1225 19th Street, N.W.
Suite 320
Washington, D.C. 20036
(202) 331-3334
Counsel for Douglas Jemal

Paul Kemp
Carol Elder Bruce
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4400
Counsel for Blake Esherick