UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES,<br><br>　　v.<br><br>DOUGLAS JEMAL, *et al.*,<br><br>　　　　Defendants. | )<br>)<br>)<br>)  Crim. No.  05-359-1, -2, -3 (RMU)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of Defendants' Motion *In Limine* To Exclude Evidence Alleged In The Government's Notice Of Intent To Introduce Evidence Under Fed. R. Evid. 404(b), the Government's Opposition and Defendants' Reply thereto, it is HEREBY ORDERED that Defendants' motion is GRANTED, and such evidence is EXCLUDED.

　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Ricardo M. Urbina
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

copies to:

Mark H. Dubester, Esq.
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
555 Fourth Street, N.W.
Room 5917
Washington, D.C.  20001

Reid H. Weingarten
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C.  20036-1795

- 2 -

Stanley M. Brand
The Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C.  20005

Paul Kemp
Venable LLP
575 7th Street, N.W.
Washington, D.C.  20004