UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. 05-359-01,-02, 0-3 (RMU) |
| DOUGLAS JEMAL, et al | : |

GOVERNMENT'S SECOND REQUEST FOR
APPROVAL TO ISSUE RULE 17(c) SUBPOENAS

The United States, through its attorney, the United States Attorney for the District of Columbia, respectfully requests this Court approve the issuance of the below-described subpoenas pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure. In support of this request, the government submits:

Defendant Blake C. Esherick is charged with tax evasion for calendar years 2001 through 2003. The tax evasion counts charge, in part, that he received substantial compensation, in cash and in kind, from Douglas Jemal, though Douglas Development Corporation (DDC), in ways that neither he nor DDC reported to the Internal Revenue Service. The Indictment alleges that in some instances, what was in fact income was recorded in the books of DDC as loans.

The Government seeks to issue additional subpoenas pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure to complete its collection of bank account records for Esherick for 2001 through 2003, the charged years of evasion. In particular, the Government seeks to issue subpoenas to BB&T Bank for specified transaction items of Esherick for calendar year 2001[1] and to Eagle Bank for specified transaction items of Esherick for calendar years 2002 and 2003. It will be

---

[1] The Government, in the Government's Request for Approval to Issue Rule 17(c) Subpoenas, filed December 22, 2005, sought permission to issue a Rule 17(c) subpoena for BB&T related to 2002, though the proposed Order was not limited to 2002. The defense did not object. Upon further review of the records in the Government's possession, it has been discovered that some 2001 items are needed as well.

necessary to present a complete picture of Esherick's financial conduct during those years as part of the proof of the tax charges, and to negate defenses which may otherwise be suggested by the absence of certain items.

For the reasons set forth in the <u>Government's Request for Approval to Issue Rule 17(c) Subpoenas</u>, filed December 22, 2005, the specified records are relevant and admissible, the requests are highly specific and not akin to a "fishing expedition."

Pursuant to Rule 17(c), the United States will permit the defense to inspect the subpoenaed items when obtained.

The Government has consulted with Paul Kemp, attorney for Blake C. Esherick, who, on behalf of the defendants, has represented he has no objection to this Motion.

WHEREFORE, we request the Court sign the accompanying <u>Order</u> approving the issuance of the proposed subpoenas.[2]

                         KENNETH L. WAINSTEIN
                         DC Bar No. 451058.
                         UNITED STATES ATTORNEY

By: _____
       MARK H. DUBESTER
       ASSISTANT UNITED STATES ATTORNEY
       DC Bar No. 339655
       555 Fourth Street, N.W., Room 5917
       Washington, D.C. 20530
       Ph. (202) 514-7986

---

[2] The subpoenas would include substantial identifying information about Esherick and his various accounts and are not attached.

## CERTIFICATE OF SERVICE

I hereby certify that I have caused to be sent by fax or by electronic means a copy of the attached pleading, to:

Michele Roberts, Esq.
Counsel for Douglas Jemal
Akin Gump
1333 New Hampshire Avenue, NW
Washington, DC 20036

Paul Kemp, Esq.
Carol Elder Bruce
Counsel for Blake C. Esherick
Venable LLP
One Church Street,
Rockville, MD 20850

Reid Weingarten, Esq.
Brian M. Heberlig
Counsel for Douglas Jemal
Steptoe and Johnson
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

Stan Brand, Esq.
Ross Nabatoff, Esq.
Counsel for Norman D. Jemal
923 15th Street, NW
Washington, DC 20005

Christopher Mead, Esq.
Counsel for Douglas Jemal
London & Meade
1225 19th Street, NW, Suite 320
Washington, DC 20036

this 1st day of March, 2006.

_____
Mark H. Dubester
Assistant United States Attorney
DC Bar No. 339655
555 Fourth Street, NW
Rm. 5917
Washington, DC 20001
(202) 514-7986