# EXHIBIT A

**Greenberg, Judi (EOM)**

| | |
|---|---|
| From: | Hodge, Michael (EOM) |
| Sent: | Tuesday, September 25, 2001 2:47 PM |
| To: | Greenberg, Judi (EOM) |
| Subject: | FW: affordable facilities/master lease |
| Importance: | High |

——Original Message——
| | |
|---|---|
| From: | Hodge, Michael (EOM) |
| Sent: | Tuesday, September 25, 2001 2:46 PM |
| To: | Lorusso, Michael (OPM) |
| Subject: | FW: affordable facilities/master lease |
| Importance: | High |

Not many additional questions, just want to be assured that we (DC) has say in when, where and how funds are spent b landlord. Assume there will be "trigger" language in the lease.

——Original Message——
| | |
|---|---|
| From: | Greenberg, Judi (EOM) |
| Sent: | Tuesday, September 25, 2001 12:25 PM |
| To: | Lorusso, Michael (OPM) |
| Cc: | Hodge, Michael (EOM); Martin, ElChino (EOM) |
| Subject: | affordable facilities/master lease |
| Importance: | High |

*LANG TO CONFIRM RENT CRD*

Mike,
Thanks for your response yesterday to our questions regarding the proposed agreement/lease. I want to make sure we address any remaining questions without further delay.

1. Per our Certificate of Funding letter delivered to Faith Scott on 9/10/01, the $1,000,000 appropriation we had has been reduced to $863,299.28 - I believe due to the budget shortfall. I do not know when or if the outstanding amount of $136,700.52 will be restored. This is an issue that needs to be considered in terms of any agreement.

2. The agreement specifies allocation of funds between the first and second years' rent payments. I would assume that this would vary should another location be selected. As such, we would be seeking some sort of wording that would confirm this.

3. In the proposed space on P Street - is the HVAC available 24 hours a day; is the shuttle to Union Station operational late at night?

4. If we have difficulty or significant delays in filling the space, is there any remedy for the funds deposited. You mentioned that it could be transferred to go to the space occupied by DOES. Let us know on this point.

As discussed, we will be appointing an Advisory Board to select the companies that will fill the space. That group would n be in place until the end of this year at the earliest. (We may still be able to consult with industry advisors on final location selection and build-out in the interim.) The selection of companies to fill the space probably wouldn't happen until the firs quarter of calendar year 2002.) This agreement and the lease that follows would be effective 10/1/01 - this presents the possibility of a period of several months where the property may not be filled with the intended tennants.

These are the issues of concern to me. Michael may have others - but I want to keep moving this forward as we only hav a few morde days to wrap this up.

Please advise on these issues ASAP - I'm available to discuss or meet as needed.

Thanks,

Judi Greenberg
Special Assistant

1

II-4

**Kenzie, Joan  (OCC)**

To:            lane; Lorusso, Michael (OPM)
Cc:            Barbera, Charles  (OCC)
Subject:       RE: DC Lease - jemal - case no. PL-02-228




77P-Leaseaddendum2
-7.18.02.doc...


77P-Leaseaddendum3
-7.18.02.doc...

Lane and Mike,

Attached are clean copies of Lease Addendum 2 and 3. I made all of the changes that we discussed and cleaned up typos. The only additional change I made is to delete the blank in EXHIBIT B - D.4.e. I am hereby signing off for legal sufficiency so it is o.k. for your clients to sign tonight and then get the executed copies to Mike tomorrow, however, please make sure that they fill in all the blanks (for dates, etc.). My tel. no. is 442-9853. I am out of the office tomorrow but I can be reached on 202-258-4606 in case of emergency. Thanks.

-----Original Message-----
From: lane [mailto:potkin@bellatlantic.net]
Sent: Thursday, July 18, 2002 6:35 PM
To: McKenzie, Joan (OCC)
Subject: DC Lease - jemal



Plesae call me (I don't have your number)  My clients, if possible, would like to sign the lease tonight (don't yell at me).  Thanks

IV-6

Jennings, Jeffrey (COUNCIL)

| | |
|---|---|
| From: | Robinson, Kelvin (EOM) |
| Sent: | Friday, October 11, 2002 12:32 AM |
| To: | Koskinen, John (EOM); Price, Eric (EOM); McCarthy, Gregory (EOM); Howland, Willia (EOM) |
| Cc: | Tillery, Herbert (EOM) |
| Subject: | RE: Addison Road Impoundment Lot |

Then, let's go for it.

-----Original Message-----
**From:** Koskinen, John (EOM)
**Sent:** Wednesday, October 09, 2002 5:52 PM
**To:** Price, Eric (EOM); Robinson, Kelvin (EOM); McCarthy, Gregory (EOM); Howland, William (EOM)
**Cc:** Tillery, Herbert (EOM)
**Subject:** RE: Addison Road Impoundment Lot

I think Eric's analysis of OPM's interest in just getting a better deal on the Impoundment lot is right. The bottom line is that we need the buy the impoundment lot (we're paying rent now that's not budgeted) as quickly as possible.

Thanks.

-----Original Message-----
**From:** Price, Eric (EOM)
**Sent:** Wednesday, October 09, 2002 3:34 PM
**To:** Robinson, Kelvin (EOM); McCarthy, Gregory (EOM); Howland, William (EOM)
**Cc:** Tillery, Herbert (EOM); Koskinen, John (EOM)
**Subject:** RE: Addison Road Impoundment Lot

The fire station is located on a lot that is slated for housing development. It is part of 3 way transaction with Jamal whereby he agreed to build housing at two sites downtown (over 300 units) in exchange for rezoning of the Woodies building (we also may receive up to a $1 million from the TDR's that he has on that site). About 2 years ago when the Community Partnership was going to build housing for the homeless there we found them another location – not without some protest. In terms of a fire museum – this is the first I've heard of this. The building is almost in the middle of the lot and my guess is it will either have to be moved within the lot or to another location. If it stays I don't see how you could incorporate any other uses other than housing or retail (I'm suggesting we don't encourage this and he has no obligation with the City to do this – he does have a housing obligation). Jamal agreed to purchase at appraised value as part of the deal. I think OPM was just trying to capitalize on an opportunity to realize a better financial deal for the District while accomplishing both our economic and public use objectives.
-----Original Message-----
**From:** Robinson, Kelvin (EOM)
**Sent:** Wednesday, October 09, 2002 3:09 PM
**To:** McCarthy, Gregory (EOM); Howland, William (EOM)
**Cc:** Tillery, Herbert (EOM); Price, Eric (EOM); Koskinen, John (EOM)
**Subject:** RE: Addison Road Impoundment Lot

Okay folks, who has this ball and what are the next steps?

Kelvin J. Robinson
Chief of Staff
Executive Office of the Mayor
John A. Wilson Building
1350 Pennsylvania Avenue NW, Suite 509
Washington, DC 20004
(202) 727-2643 (o) * (202) 727-2975 (f)

II-2a

kelvin.robinson@dc.gov
-----Original Message-----
**From:** McCarthy, Gregory (EOM)
**Sent:** Wednesday, October 09, 2002 11:03 AM
**To:** Robinson, Kelvin (EOM); Howland, William (EOM)
**Cc:** Tillery, Herbert (EOM)
**Subject:** RE: Addison Road Impoundment Lot
This was sent to Legislative Services just days before the September 17 session. It was conveyed as an emergency (against the judgment of some) and subsequently not acted upon by the the Council. I raised this with Mrs. Cropp directly and she raised the same concerns that were articulated in previous email traffic. Moreover, the preservation community had their eyes on this property as a fire museum and is unconvinced bout Jemal's real commitment to follow that course.

I think what tripped us on this was lack of notice and briefing and first trying this on emergency. I believe that Cropp wants to have hearing (which is SOP for her) and have a full debate. I would brief Rob Miller and Chris Murray in her office and other key councilmembers befor · considering withdrawal. I don't think Schwartz can derail this unless she succeeds in convincing others that the Mass ave site is undervalued. And, of course, purchasing property in Maryland is always politically difficult.

SO I would make the rounds and brief members and/or staff.

Thanks

-----Original Message-----
**From:** Robinson, Kelvin (EOM)
**Sent:** Tuesday, October 08, 2002 11:40 AM
**To:** Howland, William (EOM)
**Cc:** Tillery, Herbert (EOM); McCarthy, Gregory (EOM)
**Subject:** RE: Addison Road Impoundment Lot

My initial answer is no, but I will ask Gregory to look into the matter further to see if we need to reconsider. What's the controversy?


Kelvin J. Robinson
Chief of Staff
Executive Office of the Mayor
John A. Wilson Building
1350 Pennsylvania Avenue NW, Suite 509
Washington, DC 20004
(202) 727-2643 (o) * (202) 727-2975 (f)
kelvin.robinson@dc.gov
-----Original Message-----
**From:** Howland, William (EOM)
**Sent:** Tuesday, October 08, 2002 11:38 AM
**To:** Robinson, Kelvin (EOM)
**Cc:** Tillery, Herbert (EOM)
**Subject:** Addison Road Impoundment Lot
Kelvin


OPM wrote the following in this week's front burner report:

> The structure sale of parcel at Massachusetts Avenue in partial exchange for the District impoundment lot at Addison Road has garner significant political interest. Councilmember Carol Schwartz has scheduled a hearing on this issues. --Should OPM pull the legislation rather than make this land transaction a political issue?



<u>Facts</u>: OPM has the purchase funds allocated.  If we continue to rent the impound lot it will cause a $1 million annual deficit for DPW.

Do you want to pull the legislation?

Thanks

Bill


William O. Howland, Jr.
Chief of Staff
Deputy Mayor for Operations
1350 Pennsylvania Avenue, NW
Suite 300
Washington, DC  20004
202-727-6054 (voice)
202-727-9878 (fax)
202-253-4405 (mobile)
william.howland@dc.gov <mailto:william.howland@dc.gov>

8

II·2C

Woodland, Calvin (COUNCIL)

. rom:           Koskinen, John (EOM) [John.Koskinen@dc.gov]
Sent:           Tuesday, December 11, 2001 2:48 PM
To:             Lorusso, Michael (OPM)
Subject:        RE: Addison Road - ATF


Thanks.  Sounds like a good approach.

-----Original Message-----
From: Lorusso, Michael (OPM) [mailto:Michael.Lorusso@dc.gov]
Sent: Tuesday, December 11, 2001 ':26 PM
To: Dimond, Tim (OPM); Koskinen, John (EOM); Barbera, Charles (OCC)
Cc: Krainak, Michael (OCC)
Subject: RE: Addison Road - ATF


in process

mike

-----Original Message-----
From: Dimond, Tim (OPM)
Sent: Tuesday, December 11, 2001 10:25 AM
To: Koskinen, John (EOM); Barbera, Charles (OCC); Lorusso, Michael (OPM)
 c: Krainak, Michael (OCC)
Subject: RE: Addison Road - ATF


Mike and I have already started to work on the lease amendment with Charlie
et. al. Keep you posted

-----Original Message-----
From: Koskinen, John (EOM) [mailto:John.Koskinen@dc.gov]
Sent: Monday, December 10, 2001 7:18 PM
To: Barbera, Charles (OCC); Dimond, Tim (OPM); Lorusso, Michael (OPM)
Cc: Krainak, Michael (OCC)
Subject: RE: Addison Road - ATF


Sounds like a plan to me.

Thanks.

-----Original Message-----
From: Barbera, Charles (OCC) [mailto:Charles.Barbera@dc.gov]
Sent: Monday, December 10, 2001 10:40 AM
To: Koskinen, John (EOM); Dimond, Tim (OPM); Lorusso, Michael (OPM)
 Cc: Krainak, Michael (OCC)
 ubject: Addison Road - ATF


May we suggest that the quickest and least painful means of proceeding with
the Addison Road purchase, pending budget authority, is as follows: Amend

III - 10

the existing lease by adding an option to purchase; the purchase price under
 he option would be established by a current appraisal at the time of
 .xercising the option; and as part of the lease amendment, providing that
the current lease payments would henceforth be applied (in full or in part
depending on agreement with owner) towards the purchase price. This lease
amendment will not require council approval. We can prepare a draft lease
amendment today if you all tell us to proceed. Thanks .

III-11

**Bell, David (COUNCIL)**

| | |
|---|---|
| From: | Howland, William (EOM) |
| Sent: | Wednesday, June 26, 2002 1:11 PM |
| To: | Lorusso, Michael (OPM); Dimond, Tim (OPM); Tillery, Herbert (EOM); Abadie, Jacques (OCP) |
| Subject: | RE: Outstanding Actions |

Mike

That sounds great!!

Thanks

Bill

-----Original Message-----
| | |
|---|---|
| From: | Lorusso, Michael (OPM) |
| Sent: | Wednesday, June 26, 2002 10:10 AM |
| To: | Howland, William (EOM); Dimond, Tim (OPM); Tillery, Herbert (EOM); Abadie, Jacques (OCP) |
| Subject: | RE: Outstanding Actions |

The lease for 77P has already gone to the City Council: this is an expansion of an existing district lease and not a new lease. This location was chosen in order to meet the tight time frames for DHS

I worked on the amendment yesterday; it is then sent corp. counsel for legal sufficiency. The only signatures req are mine and the landlord as the terms of the expansion space are the same as the original lease.

The funds for the lease are in the 03 budget, but we will get free rent until 03. Construction will begin as soon as the program and the architects and this office work out a design. We are still shooting for August/September 02

Mike Lorusso


-----Original Message-----
**From:** Howland, William (EOM)
**Sent:** Tuesday, June 25, 2002 7:26 PM
**To:** Dimond, Tim (OPM); Lorusso, Michael (OPM); Tillery, Herbert (EOM); Abadie, Jacques (OCP)
**Subject:** RE: Outstanding Actions

Tim
Jack

Let me address three issues.

1. Bundy School

   The roof was patched at the Bundy School in 2001. The roof contir
   to leak after the initial repair and subsequent repairs.

1

III-30

In the FY2002 Capital Budget, there was approximately $450,000 for the Bundy School to repair the roof and replace the windows and doors (exterior and interior). This roof repair was to be the long term solution vs the patch work done earlier. That work was scheduled to begin in November 2001. DHS was two months late in submitting requirements which pushed the project back two months to January 2002. To date, the work has not begun.

It appears that part of the delay is with contracting issues. Can the two of you work this out to expedite this issue. It is believed that the door and window replacement would assist with the cooling problems in the summer. The entire AC system are window units and it is extremely difficult to keep the building cool on the upper floors.

2.  77 P St, NE

I have been informed that any lease over the amount of $1 million has to be approved by the Council. This lease will probably exceed that amount. If the lease is not approved by the Council next week, it will not be approved until the Council returns in September. Is my understanding correct? If this is correct, will this delay the move beyond September 2002?

3.  Gales School

Gales School has a serious hole in the roof. If the District intends to use it as hypothermia shelter this fall we need to begin repairing that roof soon. I am guessing that OPM does not have the capital funds to repair the roof. I would suggest that DHS "borrow" the funds from one of its current capital projects and replace those funds with either FY2003 or FY2004 funds.

Thanks

Bill

-----Original Message-----

II-31