UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
            v.                    :     Criminal Action No.: 05-0359 (RMU)
                                  :
DOUGLAS JEMAL,                    :
NORMAN D. JEMAL, and              :     FILED
BLAKE C. ESHERICK                 :
                                  :     MAR 20 2006
            Defendant(s).         :
                                        NANCY MAYER WHITTINGTON, CLERK
                                        U.S. DISTRICT COURT

**ORDER**

It is this 20th day of March 2006,

ORDERED that a pretrial conference hearing in the above-captioned case shall take place on August 8, 2006 at 3:15, and interim status conference on August 24, 2006 @ 11:15.

SO ORDERED.

_____
Ricardo M. Urbina
United States District Judge