UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
            v.                    :     Criminal Action No.: 05-0359 (RMU)
                                  :
DOUGLAS JEMAL,                    :
NORMAN D. JEMAL, and              :
BLAKE C. ESHERICK                 :
                                  :
            Defendant(s).         :

**ORDER**

It is this 26th day of April 2006,

**ORDERED** that the court's March 20, 2006 scheduling order requiring the government to turn over Jencks materials 60 days prior to trial applies to the witnesses Michael Lorusso and Fernando Villegas.

**SO ORDERED.**

                                          Ricardo M. Urbina
                                          United States District Judge