UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No. 05-359-01, -2, -3 (RMU) |
| | : | |
| **DOUGLAS JEMAL, ET AL.** | : | |

## NOTICE OF ASSIGNMENT OF CO-COUNSEL AND APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Mark H. Dubester, telephone number 514-7896, and Assistant United States Attorney Timothy G. Lynch, telephone number (202) 353-4862, and that this serves as a notice of the appearance of Timothy G. Lynch in this matter on behalf of the United States.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
Timothy G. Lynch
Assistant United States Attorney
D.C. Bar No. 456506
555 4th Street, N.W., Room 5233
Washington, D.C. 20530
(202) 353-4862

## CERTIFICATE OF SERVICE

     I hereby certify that, this 5th day of June, 2006, I caused to be served by electronic filing a copy of the foregoing, to:

Michele A. Roberts, Esquire
Counsel for Douglas Jemal
Akin Gump Straus Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, D.C. 20036

Paul F. Kemp, Esquire
Carol Elder Bruce, Esquire
Counsel for Blake C. Esherick
Venable LLP
One Church Street,
Rockville, MD 20850

Reid H. Weingarten, Esquire
Erik L. Kitchen, Esquire
Brian M. Heberlig, Esquire
Counsel for Douglas Jemal
Steptoe and Johnson
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

Stanley McK. Brand, Esquire
Ross A. Nabatoff, Esquire
Counsel for Norman D. Jemal
Brand Law Group
923 15th Street, NW
Washington, D.C. 20005

Christopher B. Mead, Esquire
Counsel for Douglas Jemal
London & Mead
1225 19th Street, NW, Suite 320
Washington, D.C. 20036

_____
Timothy G. Lynch
Assistant United States Attorney
D.C. Bar No. 456506
555 Fourth Street, NW
Room 5233
Washington, D.C. 20530
(202) 353-4862