# EXHIBIT B

Case 1:05-cr-00359-RMU    Document 73-3    Filed 06/30/2006    Page 1 of 2



U.S. Department of Justice
United States Attorney
District of Columbia

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

# USAO-DC
# FAX
## Cover

| | | | |
|---|---|---|---|
| To: | Paul Kemp | From: | Mark Dubester |
| Fax: | 301 217 5617 | Phone: | 202 514-7986 |
| Date: | June 28, 2006 | | |
| Re: | | | |
| Page(s): | | | |

COMMENTS:

Paul —

    Please find the near final revenue agent report with accompanying schedules. The schedules will provide the basis for summary charts. We continue to review the schedules and evidence, so it is certainly possible that these will be subject to minor amendments or edits. Nonetheless, even though these precise documents may not constitute the evidence in the case (notwithstanding the fact that I have put evidence stickers on them), as a courtesy, we will provide them to you at this time since they are sufficiently far along as to provide a basis for your review.

    We will scan these in the near future with our next discovery production.

                                     Mark

## U.S. ATTORNEY FACSIMILE COMMUNICATION

**WARNING:** *Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.*