UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Crim. No. 05-359-01, -2, -3 (RMU) |
| DOUGLAS JEMAL, ET AL. | : | |

### ORDER

The Court, having reviewed the government's motion in limine to preclude the defendants from mounting any claim-of-right defense, and any oppositions and replies thereto, it is this ___ day of _____ 2006, hereby

ORDERED THAT the government's motion is hereby granted; and it is further

ORDERED THAT the defendants shall not seek to introduce any such evidence, nor shall they argue a claim-of-right defense or attempt to leave an impression of such a defense with the jury.

_____
Honorable Ricardo M. Urbina
United States District Judge