UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. 05-359-01, -2, -3 (RMU) |
| DOUGLAS JEMAL, ET AL. | : |

## ORDER

The Court, having reviewed the government's motion in limine to (1) preclude the defendants from introducing evidence attempting to demonstrate that the acts of Michael Lorusso related to Douglas Development Corporation were beneficial to the public interest in general or the District of Columbia in particular, and (2) preclude the defendants from eliciting expert testimony opining that the D.C. government leases at 77 P Street were commercially reasonable, and any oppositions and replies thereto, it is this ___ day of _____ 2006, hereby

ORDERED THAT the government's motion is hereby granted; and it is further

ORDERED THAT the defendants shall not seek to introduce any evidence suggesting that Michael Lorusso's actions in connection with the defendants benefitted the City, nor shall they argue that the City benefitted or attempt to leave an impression of such a defense with the jury; and it is further

ORDERED THAT there shall be no testimony, opinion or otherwise, demonstrating or suggesting that the 77 P Street leases involving various District of Columbia government agencies tenants were commercially reasonable.

                                                                        Honorable Ricardo M. Urbina
                                                                        United States District Judge