UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Crim. No. 05-359-01, -2, -3 (RMU) |
| : | |
| DOUGLAS JEMAL, ET AL. : | |

## ORDER

The Court, having reviewed the government's motion in limine to limit and control the direct examination of any character witnesses, and the opposition and reply thereto, it is this ___ day of _____ 2006, hereby

ORDERED THAT the government's motion is hereby granted; and it is further

ORDERED THAT defense counsel are to prepare any defense character witnesses adequately so that they know not to testify about specific instances of conduct; and it is further

ORDERED THAT such witnesses will be admonished outside the presence of the jury not to testify about specific instances of conduct; and it is further

ORDERED THAT direct examination of defense character witnesses will occur through leading questions scripted to avoid any and all testimony about specific instances of conduct.

_____
Honorable Ricardo M. Urbina
United States District Judge