UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA           :
                                   :
v.                                 :     Crim. No. 05-359-01, -2, -03 (RMU)
                                   :
DOUGLAS JEMAL, ET AL.              :

## GOVERNMENT'S NOTICE OF PROVIDING
## TRIAL EXHIBITS TO THE COURT

The United States of America, through its attorney, the United States Attorney for the District of Columbia, respectfully informs the Court and all counsel that, on July 18, 2006, it provided to the Court copies of various discovery discs containing potential government trial exhibits. The government provided these materials directly to the Court because of the privacy grounds described in the attached letter. The discs are further described by reference to the approximate date of production to the defense in the attachment to the letter, likewise attached to this pleading.

                                                     Respectfully submitted,

                                                     KENNETH L. WAINSTEIN
                                                     UNITED STATES ATTORNEY

By:    _____
       Mark H. Dubester, D.C. Bar No. 339655
       Timothy G. Lynch, D.C. Bar No. 456506
       Assistant United States Attorneys
       555 4th Street, NW
       Room 5233
       Washington, D.C. 20530
       (202) 353-4862

CERTIFICATE OF SERVICE

    I hereby certify that, on this 18th day of July, 2006, I caused to be served by electronic filing a copy of the foregoing Notice, to:

| | |
|---|---|
| Michele A. Roberts, Esquire<br>Counsel for Douglas Jemal<br>Akin Gump Straus Hauer & Feld LLP<br>1333 New Hampshire Avenue, NW<br>Washington, D.C. 20036 | Paul F. Kemp, Esquire<br>Counsel for Blake C. Esherick<br>Venable LLP<br>One Church Street, Fifth Floor<br>Rockville, MD 20850 |
| Reid H. Weingarten, Esquire<br>Erik L. Kitchen, Esquire<br>Brian M. Heberlig, Esquire<br>Counsel for Douglas Jemal<br>Steptoe & Johnson<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036 | Carol Elder Bruce, Esquire<br>Lawrence B. Bernard, Esquire<br>Counsel for Blake C. Esherick<br>Venable LLP<br>575 Seventh Street, NW<br>Washington, D.C. 20004 |
| Christopher B. Mead, Esquire<br>Counsel for Douglas Jemal<br>London & Mead<br>1225 19th Street, NW, Suite 320<br>Washington, D.C. 20036 | Stanley McK. Brand, Esquire<br>Ross A. Nabatoff, Esquire<br>Counsel for Norman D. Jemal<br>Brand Law Group<br>923 15th Street, NW<br>Washington, D.C. 20005 |

                                                          /s/<br>
                                                Timothy G. Lynch<br>
                                                Assistant United States Attorney