# United States District Court

FOR THE _____ DISTRICT OF _____ COLUMBIA

UNITED STATES OF AMERICA

v.

DOUGLAS JEMAL, et. al.,

Defendants.

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 05-359 (RMU)

TO: Douglas Development Corporation
c/o Its Attorney, Christopher Mead

☒ YOU ARE HERE COMMANDED to appear and testify before the United States District Court at the place, date, and time specified below.

| PLACE | COURTROOM | 30 |
|---|---|---|
| UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA United States Courthouse Third & Constitution Avenue, N.W. Washington, D.C. 20530 | | Sixth Floor - ANNEX |
| | DATE AND TIME | Friday September 8, 2006 @ 9:00 A.M. |

*Duces Tecum (Please bring with you/please furnish)*: YOUR PERSONAL APPEARANCE IS REQUIRED. PLEASE BRING PHOTO IDENTIFICATION AND THIS SUBPOENA.

Duces Tecum (Please bring with you/please furnish): SEE ATTACHMENT.

The Trial is scheduled to start on September 8, 2006, and may last as long as 6 weeks. You may contact the following individuals to discuss when you will be required to testify:

Assistant United States Attorney Mark H. Dubester   (202) 514-7986
Assistant United States Attorney Timothy Lynch   (202) 353-4862
FBI Special Agent Andrew Sekela   (202) 278-2055 (o), (202) 437-9269 (cell)

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT NANCY MAYER-WHITTINGTON (By) Deputy Clerk | DATE | July 21, 2006 |
|---|---|---|
| | USAO # 2005R02111 | |
| | ldr - 054 | |
| ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER | Mark Dubester, Assistant U.S. Attorney (202) 514-7986 Timothy G. Lynch, Assistant U.S. Attorney (202) 353-4862 United States Attorney's Office Fraud and Public Corruption Section 555 Fourth Street, N.W., 5th Floor Washington, D.C. 20530 | |

**ATTACHMENT**
**to Subpoena in a Criminal Case**

---

Subpoena to: **Douglas Development Corporation**
**c/o Its Attorney, Christopher Mead**

Subpoena Prepared by:   ldr -054

---

### Attachment to July 21, 2006 Subpoena to Douglas Development Corporation

1)  Provide all records, to include check stubs, check request forms, and copies (front and back), and any accompanying correspondence or other records related to the delivery of this check:

| Date | Ck. No. | Account | Payee | Amount |
|---|---|---|---|---|
| November 12, 2003 | 112867 | Operating | DC Treasurer | $42,159.67 |

2)  The following records related to the (approximately) $430,000 draw request from the Morgan Stanley loan for payment to "MTD Real Estate Services" (hereinafter "MTD"):

a)  The itemized general ledger for the property at 111 Massachusetts Avenue ("Darth Vader") (hereinafter the "111 Massachusetts Avenue property") for 2002 through 2005.

b)  To the extent not covered in request (a) above, all accounting records reflecting any obligation from the 111 Massachusetts Avenue property to Douglas Jemal/Douglas Development/MTD related to the transfer of approximately $400,0000 from MTD to the 111 Massachusetts Avenue property in or about December 2002 in connection with the settlement on the purchase of the property, to include all related information associated with the records, such as, but not limited to, the date the record was created and the identity of the person creating it.

c)  All records that account for the draw of $430,000 to MTD from the Morgan Stanley loan as income to Douglas Development, and all related information associated with that record, such as, but not limited to, the date the record was created and the identity of the person creating it.