UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Crim. No. 05-359-01, -2, -3 (RMU)
:
DOUGLAS JEMAL, ET AL. :

## ORDER

The Court, having reviewed the government's Notice of Intent to Introduce Self-Authenticating Documents Pursuant to Federal Rule of Evidence 902(11), and any oppositions and replies thereto, and having found that the declarations attached to the government's notice satisfy the requirements of Rule 902(11)(A), (B), and (C), it is this ___ day of _____ 2006, hereby

ORDERED THAT Government Exhibit Nos. 4, 5, 6, 7, 8, 10, 11, 13, 14, 15, 16, 17, 18, 19, 36, 37, 38, 38b, 38d, 39, 40, 41, 42, 43, 44, 50, 51, 52, 53, 54, 57, 58, 60, 61, 62, 63, 64, 65, 66, 67, 68, 84, and 530 are hereby determined to be authentic pursuant to Rule 902(11); and it is further

ORDERED THAT, conditioned upon the submission of declarations to the defendants, Government Exhibit Nos. 35, 38f, 58, 69, 91-95, 218A-228L, and 525 are hereby determined to be authentic pursuant to Rule 902(11); and it is further

ORDERED THAT, as a result, the government need not present records custodians to present trial testimony under Federal Rule of Evidence 806(3) establishing a foundation satisfying the hearsay exception for business records for these documents.

                                                Honorable Ricardo M. Urbina
                                                United States District Judge