UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 05-359-01,-02, -03 (RMU) |
| | : | |
| DOUGLAS JEMAL, et al. | : | |

## ORDER

Pursuant to Rule 17(c) of the Federal Rules of Criminal Procedure, upon consideration of the pleadings of the parties, and for good cause shown, it is this ____ day of _____, 2006, **ORDERED**

That the United States may issue the Rule 17(c) subpoenas duces tecum to Douglas Development and Jeffrey Hotek, as described and identified in its underlying Motion, with production of said documents due August 11, 2006.  It is further **ORDERED**

That, in particular, the government's request is granted as to Item No. 3 of the June 8, 2006 subpoena to Douglas Development, and Item No. 4 of the July 21, 2006 subpoena to Jeffrey Hotek.  However, portions of those documents other than those which "itemize and/or otherwise provide the calculations for all components of the additional income reflected in the amended W-2s for Blake Esherick issued for calendar years 2001, 2002, 2003 and 2004" may be redacted. Douglas Development and Mr. Hotek must produce redacted copies to the government and provide the Court the unredacted copies, specifying the redacted portions, for in camera review.

_____
Ricardo M. Urbina
United States District Judge