# ATTACHMENT C

| UNITED STATES v. JEMAL ET AL. (Douglas Development Documents) | | |
|---|---|---|
| **Exh. No.** | **Description** | **Bates Nos.** |
| 100 | MTD invoice (from 101) | 033613 |
| 101 | Folder with documents re "Listing Agreement 77 P Street" | 033597-612 (613 removed) |
| 102 | 2 Voided checks to Staubach | 033364-88 |
| 103 | Letter - 12/28/01 from Lorusso to O'Brien, re: $97,203.74 payment from pool Acct. | 033389 |
| 104 | Mental Health Tenant Improvement (TI) draw #2 | 033392-033416 |
| 105 | Letter - 12/27/01 from Lorusso to O'Brien, re: $97,161.50 payment from pool Acct. | 033417-419 |
| 106 | Staubach Memo re: "Invoices DOES TI Draw Pkg 4" (11/01/01) | 033420-452 |
| 107 | Staubach Memo re: "Invoices DOES TI Draw Pkg 3B" (8/28/01) | 033453-498 |
| 108 | Staubach Memo re: "Invoices DOES TI Draw Pkg 2" (7/18/01) | 033499-517 |
| 109 | 4/30/01 Staubach invoice for $97,161.49 | 033518-542 |
| 110 | 8/27/01 HOK invoice with note | 033545-47 |
| 111 | 8/28/01 DOES TI Draw 3A | 033548-554 |
| 112 | 9/13/01 Miscellaneous correspondence. - Fremont draw, includes Staubach and HOK | 033555-561 |
| 113 | Copy of $67 million loan agreement binder | 009793-010295 |
| 114 | Cochran & Mann invoices, 7/31/01 | 044585 - |
| 115 | Beautify Professional $2,750 invoices, 10/24/01 | - 602 |
| 116 | Documents re: $99,000 | 044597-601 |
| 117 | Brownell-Dimond letter 4/8/03 | 044602 |
| 118 | DDC lease commission documents - $756,061.18 | 046786-046882 |
| 119 | DDC lease commission documents - $526,344.42 | 046817-823 |
| 120 | DDC lease commission documents - $142.722.48 | 046824-829 |

| UNITED STATES v. JEMAL ET AL. (Douglas Development Documents) | | |
|---|---|---|
| **Exh. No.** | **Description** | **Bates Nos.** |
| 121 | MTD folder | 046830-842 |
| 121(A) | OTR/DCRA D.C. Govt. Cashiers Office receipt, $100.00, 8/01/02 | 831 |
| 121(B) | Govt. of D.C. Cert. of Organization, 8/01/02 | 833-36 |
| 121(C) | 8/29/02 Fax cover sheet to IRS Re: "Form 8832 (MTD)" from Esherick | 837-38, 40 |
| 121(D) | IRS Correspondence | 839, 841 |
| 121(E) | Sabra-Esherick emails about stationery | 42 |
| 122 | Bruce Frazier work documents | 046864-66 |
| 123(A) | DDC - Sabra Amex records, 12/17/01 check 96410 | 040832-857 |
| 123(B) | DDC - Sabra Amex records, 11/16/01 check 95839 | 040858-79 |
| 123(C) | DDC - Sabra Amex records, 10/15/01 check 95144 | 040883-907 |
| 123(D) | DDC - Norman Jemal - Amex, 8/2/01 check 93558 | 040947-950 |
| 123(E) | DDC - Norman Jemal Amex, 7/9/01 check #92873 | 040965-971 |
| 124 | Amex 2002 folder | 040972 |
| 124A | Norman Jemal Amex 6/6/02 check 100141 | 041008-011 |
| 124B | Norman Jemal Amex 9/12/02 ck. 102286 | 041119-46 |
| 124C | Norman Jemal Amex 3/7/02 ck. 98117 | 041221-224 |
| 125 | **[NOT MARKED]** | |
| 126A | MCI Center 4/4/02 invoice, paid 5/15/02, Check No. 99729 | 040226-227 |
| 126B | MCI Center 12/26/01 (1/10/02, Check No. 2388) | 040229-30 |
| 126C | MCI Center 12/01 invoice (4/17/02 Check No. 99119) | 040232-34 |
| 126D | MCI Center 11/2/00 (1/10/01 Check No. 88896) | no Bates number |
| 126(E) | MCI Center 5/01 (7/25/01, Check No. 93364) | no Bates numbers |
| 127 | DDC to Investment & Loan, Fremont - 9/13/01 letter | 035722-36 |
| 128 | 7/18/01 Staubach DOES TI Draw #2 | 035768-71 |

| UNITED STATES v. JEMAL ET AL. (Douglas Development Documents) | | |
|---|---|---|
| **Exh. No.** | **Description** | **Bates Nos.** |
| 129 | 10/26/01 Check No. 5455470 Cayre Jemal's Gateway documents re: $929,299.28 | 038946-48 |
| 130 | DC DOES #1 - 5/23/01 Staubach MEMO to DDC | 036354-83 |
| 131 | Letter to Fremont (6/11/01) - includes commission claims for Staubach Co.) and CBRE ($583,793.80) RE: "People's Warehouse Application No. 5" | 036351-54 |
| 132 | Miscellaneous documents to Fremont, including Staubach Co. invoice for $48,580.75 | 035870-76 |
| 133 | Invoices for 77 P Street, DHS, including pool credit adjustment | 039202-319 |
| 134 | Documents related to Addison Road | 000863-85 |
| 135 | **[NOT MARKED]** | |
| 136 | Original DDC documents re: $10/30/01 check to D. Jemal for $100,000 | 047328-330 |
| 137 | Original Spinello lease documents | 000548-63 |
| 138-149 | **[NOT MARKED]** | |
| 150 | Folder containing check stubs and check requests for Esherick | 042199-042245 |
| 150A | 12/14/04 Check for $10,000 to Esherick, No. 188476, Check Invoice | |
| 150B | 12/2/04 - $9000 Check, DDC to Esherick, invoice No. 188062 | |
| 150C | 11/19/04, Check No. 1039- $9,000 to Esherick | |
| 150D | 10/29/04, Check No. 186536- $4,000 to Esherick | |
| 150E | 10/21/04, Check No. 185962- $5,000 to Esherick | |
| 150F | 10/10/04, Check No. 85085- $2,500 to Esherick | |
| 150G | 9/28/04, Check No. 184807- $3,500 to Esherick | |
| 150H | 9/15/04, Check No. 184344- $4,000 to Esherick | |
| 150I | 9/1/0/04, Check No. 183752- $9,000 to Esherick | |

| UNITED STATES v. JEMAL ET AL. (Douglas Development Documents) | | |
|---|---|---|
| **Exh. No.** | **Description** | **Bates Nos.** |
| 150J | 8/6/04, Check No. 181737- $7,000 to Esherick | |
| 150K | 7/22/04, Check No. 180856- $4,000 to Esherick | |
| 150L | 7/9/04, Check No. 180269- $3,000 to Esherick | |
| 150M | 6/18/04, Check No. 178966- $5,000 to Esherick | |
| 150N | 5/28/04, Check No. 178208- $5,000 to Esherick | |
| 150O | 5/11/04, Check No. 17500- $3,000 to Esherick | |
| 15OP | 5/4/04, Check No. 116867- $4,000 to Esherick | |
| 150Q | 4/22/04, Check No. 116544- $3,000 to Esherick | |
| 150R | 4/1/04, Check No. 115989- $3,000 to Esherick | |
| 150S | 3/22/04, Check No. 115613- $3,000 to Esherick | |
| 150T | 2/25/04, Check No. 114946- $4,000 to Esherick | |
| 150U | 2/2/04, Check No. 114391- $5,000 to Esherick | |
| 150V | 1/6/04, Check No. 113906- $3,000 to Esherick | |
| 151 | Folder with caption "Barbara Gill" | |
| 151A | 12/29/03- $1,356, Check No. 113696 - paid to Barbara Gill, Esherick's Ex-Wife | |
| 151B | 12/3/03- $1,356, Ck. #113096 (Gill) | |
| 151C | 10/28/03- $1,356, Ck. #112472 (Gill) | |
| 151D | 9/30/03- $1,356, Ck. #111870 (Gill) | |
| 151E | 9/3/03- 1,356, Ck. #111188 (Gill) | |
| 151F | 7/29/03- $1,356, Ck. #110369 (Gill) | |
| 151G | 6/30/03- $1,356, Ck. #109513 (Gill) | |
| 151H | 6/4/03- $2,400, Ck. #108750 (Gill) | |
| 151I | 4/29/03- $2,400, Ck. #107767 (Gill) | |
| 151J | 4/10/03- $2,400 Ck. #106942 (Gill) | |
| 151K | 3/5/03, $2400, Ck. #106126 (Gill) | |

| UNITED STATES v. JEMAL ET AL. (Douglas Development Documents) | | |
|---|---|---|
| **Exh. No.** | **Description** | **Bates Nos.** |
| 151L | 2/5/03, $2400, Ck. #105437 (Gill) | |
| 151M | 12/3/02, $2400, Ck. #104093 (Gill) | |
| 151N | 10/2/02, $2400, 102721 VOIDED (Gill) | |
| 151O | 10/1/02, $2100, 102711 VOIDED (Gill) | |
| 152 | Folder Barbara Gill 2004 - 10 check stubs for checks written to Barbara Gill | 042278-87 |
| 153 | 4/8/03 $50,000 Check No. 107104 to Leibner & Potkin, P.C. | 0444616-618 |
| 154 | 4/14/04 $52,523.65, Check No. 116412 VOIDED, to Esherick | 044619-22 |
| 155 | 9/23/02 $21,000 Check No. 102525 - Regional Title Co. | 044623-25 |
| 156A | 9/27/02 - Check to Cap One Bank - 102634 - $1500 | 044626-29 |
| 156B | 9/27/02 - Check to Cap One Bank - 102635 -$1500 | 044630-33 |
| 157 | Miscellaneous utility invoices for 6001 Nevada Avenue | 044707-752 |
| 158A | 111609, Check to First USA Bank with attachments re: $5677.71, Nevada Avenue | 044753-68 |
| 158B | Check No. 111667, $2652.35, 9/18/03 - DC Water & Sewage Authority (DCWASA) re: 6001 Nevada Avenue | 69-79 |
| 158C | Check No. 112850, $2093.68, 11/12/03 DC WASA Re: 6001 Nevada Ave. | 80-84 |
| 158D | Check No. 112630, $1067.95, 11/5/02 DCWASA Re: 6001 Nevada Ave. | 85-91 |
| 158E | Pepco Invoice, $440.86, Re: 6001 Nevada Ave. | 044814-815 |
| 158F | Check No. 112362, $178.153.98, 10/17/03 to Pepco & attached invoices | 044833-37 |
| 159A | Check No. 111577, 9/16/03 $4650 to Ruben Lopez | 045307-321 |
| 159B | Check No. 110656, 8/7/03, $2688.48, Ruben Lopez | 322-34 |
| 159C | Check No. 110755, 8/11/03, $36.15, Rigoberto Lopez | 35-37 |
| 159D | Check No. 113831, 12/31/03, $8780, A&H Painting Co. | 38-53 |

| UNITED STATES v. JEMAL ET AL. (Douglas Development Documents) | | |
|---|---|---|
| **Exh. No.** | **Description** | **Bates Nos.** |
| 159E | Check No. 110904 8/19/03, $3800 A&H Painting Co. | 54-56 |
| 159F | Check No. 110754, 8/11/03, $16,150 - Jose Paz Landscaping, Inc. | 65-61 |
| 159G | Check No. 3338, $2000 11/20/03, Jose Paz Landscaping (paid from Cayre Jemal's Peoples) | 62-69 |
| 159H | Check No. 52873, $400, 10/14/03, Jose Paz Landscaping (paid from Cayre Jemal's North Capitol) | 70-76 |
| 159I | Check No.111272, $422.00 Suite Images | 419-20 |
| 159J | Check No. 112798 $10,820.16 11/5/03 Washington Gas | 421-89 |
| 159K | Check No. 112708, $15,529.96 10/29/03, Washington Gas | 490-532 |
| 160 | Check No. 111450, $2288.87 9/10/03 - Ck. to DC Treasurer Re: property tax 6001 Nevada Ave. | 044984-986 |
| 161 | Check No. 45609, $105.61 8/11/03 American Express (Jemal's Shops of CC, LLC) | 987-045006 |
| 162A | Esherick W2 - 2000 | 040594 |
| 162B | Esherick W-2 2001 | 040595 |
| 162C | Esherick W-2 2002 | 040596 |
| 162D | Esherick W-2 2003 | 040597 |
| 163 | Folder - Advance Requests (to Esherick) | 040603-621 |
| 163A | Check No. 104646 - 12/30/02 - $1000, to Esherick | 04-05 |
| 163B | Check No. 101767 8/20/02 $2000, to Esherick | 09-10-11 |
| 163C | Check No. 103453 $2000 11/1/02, to Esherick | 12 |
| 163D | Check No. 101534 $5000 8/8/02, to Esherick | 12-14 |
| 163E | Check No. 100648 $3000 7/2/02, to Esherick | 15 |
| 163 F | Check No. 99906 5/24/02 $2000, to Esherick | 16-17 |
| 163G | Check No. 98084 3/6/02 $3000, to Esherick | 18-19 |
| 163H | Check No. 103898 11/21/02 $5000, to Esherick | |

| UNITED STATES v. JEMAL ET AL. (Douglas Development Documents) | | |
|---|---|---|
| **Exh. No.** | **Description** | **Bates Nos.** |
| 164 | Advance Requests folder | 040622-652 |
| 164A | Check No. 112895 11/13/03 $3000, to Esherick | 23-24 |
| 164B | Check No. 112274 10/16/03 $2000, to Esherick | 25-27 |
| 164C | Check No. 111705 9/23/03 $5000, to Esherick | 28-30 |
| 164D | Check No. 111989 10/7/03 $3000, to Esherick | 31-33 |
| 164E | Check No. 111203 9/3/03 $3000, to Esherick | 34-36 |
| 164F | Check No. 110847 8/14/03 $5000, to Esherick | 37-39 |
| 164G | Check No. 109762 7/8/03 $3000, to Esherick | 40-42 |
| 164H | Check No. 108515 5/29/03 $3500, to Esherick | 42-45 |
| 164I | Check No. 108287 5/16/03 $6000, to Esherick | 46-47 |
| 164J | Check No. 106136 3/5/03 $4000, to Esherick | 48-49 |
| 164K | Check No. 113459 12/15/03 $5000, to Esherick | 50-51 |
| 164L | Check No. 113075 $3000 11/25/03, to Esherick | 52 |
| 165 | Folder marked "Chrysler Financial Corp." | 044634-044663 |
| 165A | Check No. 97015, 1/15/02 $1500 - paid to Chrysler | 635-36 |
| 165B | Check No. 97858 2/26/02 $1500 - paid to Chrysler | 37-38 |
| 165C | Check No. 98278 3/14/02 $1500 - paid to Chrysler | 39-40 |
| 165D | Check No. 99194 4/22/92 $1500 - paid to Chrysler | 41-42 |
| 165E | Check No. 99914 5/28/02 $1500 - paid to Chrysler | 43-44 |
| 165F | Check No. 100393- 6/13/03 $1,500 - paid to Chrysler | 45-46 |
| 165G | Check No. 100621- 6/28/02 $1,500 - paid to Chrysler | 47-48 |
| 165H | Check No. 101249- 7/26/02 $1,500 - paid to Chrysler | 49-50 |
| 165I | Check No. 103088- 10/15/02 $1,500 - paid to Chrysler | 51-52 |
| 165J | Check No. 103839- 11/19/02 $1,500 - paid to Chrysler | 53-55 |
| 165K | Check No. 106580- 3/18/03 $1,500 - paid to Chrysler | 56-59 |
| 165L | Check No. 110118- 7/18/03 $1,573.68 - paid to Chrysler | 61-63 |

| UNITED STATES v. JEMAL ET AL. (Douglas Development Documents) | | |
|---|---|---|
| **Exh. No.** | **Description** | **Bates Nos.** |
| 166 | Pepco invoices containing invoice for 4800 Addison Road | 000662-696 |
| 167A | Check No. 101390 8/1/02 $867.25 paid to GMAC | 044666-67 |
| 167B | Check No. 100089 6/4/02 $867.25 paid to GMAC | 68-69 |
| 167C | Check No. 99421 5/2/02 $867.25 paid to GMAC | 70-71 |
| 167D | Check No. 98797 4/5/02 $867.25 paid to GMAC | 72-73 |
| 167E | Check No. 97975 3/1/02 867.25 paid to GMAC | 74-75 |
| 167F | Check No. 97300 2/1/02 $867.25 paid to GMAC | 76-77 |
| 167 G | Check No. 96654 1/3/02 867.25 paid to GMAC | 78-79 |
| 167 H | Check No. 96150 12/4/01 $867.25 paid to GMAC | 80-81 |
| 167 I | Check No. 95514 11/1/01 867.25 paid to GMAC | 82-83 |
| 167 J | Check No. 94884 10/4/01 $867.25 paid to GMAC | 84-85 |
| 167 K | Check No. 94104 9/1/01 $867.25 paid to GMAC | 86-87 |
| 167 L | Check No. 93545 8/2/01 $867.25 paid to GMAC | 88-89 |
| 167 M | Check No. 92713 7/3/01 867.25 paid to GMAC | 90-91 |
| 167 N | Check No. 92029 5/3/01 867.25 paid to GMAC | 92-93 |
| 167 O | Check No. 90964 4/12/01 867.25 paid to GMAC | 94-95 |
| 167 P | Check No. 91409 5/1/01 867.25 paid to GMAC | 96-97 |
| 167 Q | Check No. 90626 4/2/01 867.25 paid to GMAC | 98-99 |
| 167 R | Check No. 89850 3/1/01 867.25 paid to GMAC | 44700-701 |
| 167 S | Check No. 89315 2/2/01 867.25 paid to GMAC | 702-03 |
| 167 T | Check No. 88675 1/02/1 $867.25 paid to GMAC | 704-05 |
| 167 U | summary page | 044664-665 |
| 168A | Check No. 1058, $2000 to Esherick | 048072 |
| 168B | Check No. 94356, 9/12/02, $2000 to Esherick | 048069-71 |
| 168C | Check stub for Check No. 96398, 12/14/01, $3,000 to Esherick | 048068 |

| UNITED STATES v. JEMAL ET AL. (Douglas Development Documents) | | |
|---|---|---|
| **Exh. No.** | **Description** | **Bates Nos.** |
| 168D | Check stub for Check No. 96578, 12/24/01, $10,000 to Esherick | 048066-067 |
| 169 | Check stubs for payroll account in 2001 | 047962-93 |
| 170A-L | Operating account by month 2001 | |
| 171A-L | Payroll account by month 2001 | |
| 172 A-L | Cayre Jemal Peoples account by month 2001 | |
| 173A-L | Operating account by month 2002 | |
| 174A-L | **[NOT MARKED]** | |
| 175 A-L | **[NOT MARKED]** | |
| 176A-L | Operating account by month 2003 | |
| 177A-L | Payroll account by month 2003 | |
| 178 A-L | Cayre Jemal peoples account by month 2003 | |
| 179 | General Ledger - 2000 | 041825-042035 |
| 180 | General Ledger - 2001 | 026332-565 |
| 181 | General Ledger - 2002 | 026567-822 |
| 182 | General Ledger - 2003 | 026823–27371 |
| 183 | People's General Ledger 1998 | 026428 |
| 184 | People's 1999 | |
| 185 | People's 2000 | |
| 186 | People's 2001 | |
| 187 | People's 2002 | |
| 188 | People's 2003 | 026290-331 |
| 189 | Fairfield Farms General Ledger 1998 | 026035 |
| 190 | Fairfield Farms 1999 | 026036-46 |
| 191 | Fairfield Farms 2000 | 026047-55 |
| 192 | Fairfield Farms 2001 | 026056-79 |


| UNITED STATES v. JEMAL ET AL. (Douglas Development Documents) | | |
|---|---|---|
| **Exh. No.** | **Description** | **Bates Nos.** |
| 193 | Fairfield Farms 2002 | 026080-105 |
| 194 | CBRE marketing plan documents | |
| 195 | Settlement documents- Citicorp $12.5M loan, GTM Architects | 9764-9792 |
| 196 | 5/24/01 Letter of intent | 12864-65 |
| 197A | Brownell 11/18/02 letter to Cayre | |
| 197B | Brownell 12/18/01 letter to Cayre | |
| 198 | DDC documents re: "loan repayments" | |
| 199 | **[NOT MARKED]** | |
| 450 | Addison Road water bills | 133791-13800 |
| 451 | Fax: Millstein to Green | 12847-12850 |
| 452 | Maurice Electric invoices | 13531-13566 |
| 453 | Phoenix Concrete Cutting | 13497-13501 |
| 454 | Greenwald invoices | 13370-13373 |
| 455 | Griffith invoices | 13374-13380 |
| 456 | Long Fence invoices | 13413-13426 |
| 457 | Magnolia Plumbing invoices | 13435-13457 |
| 458 | Rentals Unlimited invoices | 13475-13477 |
| 459 | United Rentals invoices | 12711-12758 |
| 460 | 5-3-01 Letter from Lorusso to Millstein | 12789 |
| 461 | Fire Submission #1 | 037923-038013 |
| 462 | Fire Submission #2 | 038091-038183 |
| 463 | Spread sheet and supporting invoices - Addison Road | 039613-039693 |
| 464 | Aggregate Dirt Solutions folder | 01245, 46, 49, 50 |
| 465 | Single page regarding Addison Road bill to DC Govt | 039696 |

| UNITED STATES v. JEMAL ET AL. (Douglas Development Documents) | | |
|---|---|---|
| **Exh. No.** | **Description** | **Bates Nos.** |
| 466 | CBRE Marketing documents | 008829-44; 80-86; 8900-8905 |
| 467 | 6/8/2000 Cayre-Jemal letter | 1872-1873 |
| 468 | 11/11/2002 Cayre-Jemal letter | 1876 |
| 469 | 11/19/2002 Cayre-Jemal letter agreement | 1869-1871 |
| 470 | 10/24/00 Jemal-Cayre letter | 6597-98 |
| 471 | Addison Road invoice documents | 038014-038090 |
| 472 | Alliance Mechanical Mechanics lien documents | 037016-037024 |
| 473 | Millstein-Phipps correspondence | 037109-111 |
| 474 | DDC Eagle Bank money market account | 27372-27426 |
| 475 | DDC Harbour Bank account | 28519-28568 |
| 476 | GSA lease | 771-803 |
| 477 | W&W Electric invoices history | 79035-36 |
| 478 | Esherick email re: Barbara Gill checks | 79037 |
| 479 | Email re: Staubach use of commission monies | 79038 |
| 480 | Email from GTM re: balances, with attachment | 79040-79064 |
| 481 | Email from GTM and attachment | 79104-06 |
| 482 | Email from Esherick re: MTD and commission | 79122 |
| 483 | Email - Medding to Brownell re: P Street payments | 79140 |
| 484 | Email - Medding to Brownell re: MTD | 79146 |
| 485 | Email - Evans to Galentine re: invoices | 79219 |
| 486 | Email - Esherick to Medding re: paying vendors (RMA) | 79220 |
| 487 | Email Medding to Haddad re: 77 P shortfall | 79224-230 |
| 488 | Email Esherick to Medding re: advance check | 79239 |
| 489 | Michael Rowe email | 79441 |
| 490 | Porter services at 77 P | 79263-79269 |

| UNITED STATES v. JEMAL ET AL. (Douglas Development Documents) | | |
|---|---|---|
| **Exh. No.** | **Description** | **Bates Nos.** |
| 491 | Millstein email to Lorusso re: permit | 79273 |
| 492 | Email - Burr to Sabra re: elevator damage invoice | 79274 |
| 493 | Kauffman email re: 77 P payment | 79276-77 |
| 494 | Otis Elevator Invoice dated 7/12/01 | 003076-003077 |