# AKIN GUMP
# STRAUSS HAUER & FELD LLP

▬▬▬▬▬ Attorneys at Law

**Michele Roberts**
202.887.4306/fax: 202-887-4288
mroberts@akingump.com

June 27, 2006

VIA HAND DELIVERY

Mark H. Dubester
Assistant United States Attorney
United States Attorney's Office
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20530

Dear Mark:

Enclosed is the CD containing the supplemental subpoena production from Douglas Development Corporation that we discussed on the phone today.   An accompanying privilege log is also enclosed on paper.

Sincerely,

*Michele Roberts /rmk*

Michele Roberts

Enclosures

cc:     Reid Weingarten
        Chris Meade

Robert S. Strauss Building / 1333 New Hampshire Avenue, N.W. / Washington, D.C. 20036-1564 / 202.887.4000 / fax: 202.887.4288 / akingump.com