UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,           ) | |
| )  | |
| v.                       ) | Crim. No.  05-0359-1, -2, -3 (RMU) |
| )  | |
| DOUGLAS JEMAL, et al.,   ) | |
| )  | |
| Defendants.     ) | |

### ORDER

Upon consideration of the Defendants' Motion To Compel The Government To Produce A Witness List And All Jencks Material Immediately, it is hereby ORDERED that the Motion be and hereby is GRANTED, and it is further ORDERED that the government produce a witness list and all Jencks material to the Defendants by close of business on August ___, 2006.

SO ORDERED.

_____
Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE

copies to:

Mark H. Dubester, Esq.
Assistant United States Attorney
U.S. Attorney's Office for the
District of Columbia
555 Fourth Street, N.W.
Room 5917
Washington, D.C. 20001

Reid H. Weingarten
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795

- 2 -

Michele A. Roberts
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C.  20036

Stan Brand
The Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C. 20005

Paul Kemp
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004