UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Crim. Action No. 05-359 (RMU) |
| | : |
| DOUGLAS JEMAL ET AL. | : |

### GOVERNMENT'S REQUEST FOR
### CLARIFICATION OF COURT ORDER OF AUGUST 8, 2006

The United States, through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court clarify two aspects of its Order of August 8, 2006 relating to the government's use of evidence of certain financial transactions in 2004 and 2005.

### I. Admissibility of Blake Esherick's 2003 Return

Count Eight of the Indictment charges Blake Esherick and Douglas Jemal with tax evasion for the 2003 calendar year. Accordingly, Mr. Esherick's 2003 federal income tax return is directly relevant to that count of the Indictment. Here, Mr. Esherick's 2003 federal income tax return was due April 2004 but was filed (overdue) in June of 2005. Even though the 2003 return was filed in 2005, it constitutes a natural and inherent part of the proof of the tax evasion alleged for calendar year 2003, and only peripherally relates (if at all) to post-2003 financial activities of the defendants. This document does not appear to constitute the sort of post-2003 evidence the Court intended to exclude. The government therefore requests that the Court permit the government to use the 2003 return as evidence in its case-in-chief.

## II. Admissibility of 2004 and 2005 Conduct of Defendants Esherick and Jemal

This Court also indicated in its August 8, 2006, rulings that the government may seek to admit post-2003 conduct related to tax evasion for impeachment purposes, but not in its case-in-chief.[1] The government requests that the Court clarify whether the government may also seek to admit such evidence in rebuttal or if the defendants were otherwise to "open the door" to the admission of such evidence.

WHEREFORE, we request the Court sign the accompanying Order clarifying the two issues raised in this pleading.

KENNETH L. WAINSTEIN
DC Bar No. 451058.
UNITED STATES ATTORNEY

By: /s/ Mark H. Dubester

MARK H. DUBESTER, D.C. Bar No. 339655
TIMOTHY G. LYNCH, D.C. Bar No. 456506
ASSISTANT UNITED STATES ATTORNEY
555 Fourth Street, N.W., Room 5917
Washington, D.C.  20530
Ph. (202) 514-7986

---

[1] It is government counsel's recollection this Court used the term "impeachment" only. The government has requested the transcript.

<u>CERTIFICATE OF SERVICE</u>

  I hereby certify that, on this 18th day of August, 2006, I caused to be served by electronic filing a copy of the foregoing motion and following proposed order to:

| | |
|---|---|
| Michele A. Roberts, Esquire<br>Jeffery M. King, Esquire<br>Counsel for Douglas Jemal<br>Akin Gump Strauss Hauer & Feld LLP<br>1333 New Hampshire Avenue, NW<br>Washington, D.C. 20036 | Paul F. Kemp, Esquire<br>Counsel for Blake C. Esherick<br>Venable LLP<br>One Church Street, Fifth Floor<br>Rockville, MD 20850 |
| Reid H. Weingarten, Esquire<br>Erik L. Kitchen, Esquire<br>Brian M. Heberlig, Esquire<br>Counsel for Douglas Jemal<br>Steptoe & Johnson LLP<br>1330 Connecticut Avenue, N.W.<br>Washington, D.C. 20036 | Carol Elder Bruce, Esquire<br>Lawrence B. Bernard, Esquire<br>Counsel for Blake C. Esherick<br>Venable LLP<br>575 Seventh Street, NW<br>Washington, D.C. 20004 |
| Christopher B. Mead, Esquire<br>Counsel for Douglas Jemal<br>London & Mead<br>1225 19th Street, NW, Suite 320<br>Washington, D.C. 20036 | Stanley McK. Brand, Esquire<br>Ross A. Nabatoff, Esquire<br>Counsel for Norman D. Jemal<br>Brand Law Group<br>923 15th Street, NW<br>Washington, D.C. 20005 |

*/s/ Timothy G. Lynch*
Timothy G. Lynch
Assistant United States Attorney