UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-0359 (RMU) |
| | : | |
| DOUGLAS JEMAL, | : | Doc. No.: 115 |
| NORMAN D. JEMAL, and | : | |
| BLAKE C. ESHERICK | : | |
| | : | |
| Defendants. | : | |

**FILED**

**AUG 23 2006**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

On August 18, 2006, the government filed a motion to clarify the court's August 8, 2006 order. After considering the issues raised in the parties' briefs, it is this 22nd day of August 2006, hereby

**ORDERED** that the court's August 8, 2006 order does not preclude the government from using Blake Esherick's 2003 tax return, which was filed in 2005, as evidence in its case-in-chief.

**FURTHER ORDERED** that government may introduce evidence of 2004 and 2005 financial conduct of defendants Blake Esherick and Douglas Jemal in impeachment or rebuttal, or if the door is otherwise opened by the defendants.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge