## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No. 05-359 (RMU) |
| | : | |
| DOUGLAS JEMAL, | : | |
| NORMAN D. JEMAL, and | : | |
| BLAKE C. ESHERICK | : | |
| | : | |
| Defendants. | : | |

## O R D E R

On September 5, 2006, defendant Blake C. Esherick filed a motion in limine to preclude

the government from asserting during opening statements that Mr. Esherick created the $38,000

invoice at issue in count four of the Indictment. After considering the issues raised in the

parties' briefs, it is this _____ day of September 2006, hereby

**ORDERED** that the defendant's motion is denied as moot given that the government

represents that it will not assert that Mr. Esherick created the invoice but will assert that Mr.

Esherick caused the invoice to be created.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge