UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No. 05-359 (RMU) |
| : | |
| DOUGLAS JEMAL ET AL. : | |

**GOVERNMENT'S MOTION TO AMEND ITS
OPPOSITION TO DEFENDANT'S MOTION IN LIMINE
TO PRECLUDE THE GOVERNMENT FROM ASSERTING THAT
BLAKE ESHERICK CREATED AND SUBMITTED THE $38,000 INVOICE**

The United States of America, through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court to amend its opposition to defendant Blake C. Esherick's motion in limine to preclude the government from asserting during opening statements that Mr. Esherick created the $38,000 invoice charged in count four of the Indictment.

Specifically, the government asks that the Court strike the last sentence of the introductory paragraph and the last paragraph of the opposition. Undersigned counsel was not privy to conversations between counsel for Mr. Esherick and undersigned counsel's colleague in the U.S. Attorney's office, in which the issue of the $38,000 invoice was discussed. The government regrets the error.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

By: _/s/_____
Timothy G. Lynch, D.C. Bar No. 456506
Assistant United States Attorneys
555 4th Street, NW
Room 5233
Washington, D.C. 20530
(202) 353-4862

## CERTIFICATE OF SERVICE

I hereby certify that, on this 6th day of September, 2006, I caused to be served by electronic filing a copy of the foregoing motion to:

Michele A. Roberts, Esquire
Jeffery M. King, Esquire
Counsel for Douglas Jemal
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, NW
Washington, D.C. 20036

Paul F. Kemp, Esquire
Counsel for Blake C. Esherick
Venable LLP
One Church Street, Fifth Floor
Rockville, MD 20850

Reid H. Weingarten, Esquire
Erik L. Kitchen, Esquire
Brian M. Heberlig, Esquire
Counsel for Douglas Jemal
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036

Carol Elder Bruce, Esquire
Lawrence B. Bernard, Esquire
Counsel for Blake C. Esherick
Venable LLP
575 Seventh Street, NW
Washington, D.C. 20004

Christopher B. Mead, Esquire
Counsel for Douglas Jemal
London & Mead
1225 19th Street, NW, Suite 320
Washington, D.C. 20036

Stanley McK. Brand, Esquire
Ross A. Nabatoff, Esquire
Counsel for Norman D. Jemal
Brand Law Group
923 15th Street, NW
Washington, D.C. 20005

_____
Mark H. Dubester
Assistant United States Attorney