UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No. 05-359 (RMU) |
| | : | |
| DOUGLAS JEMAL, | : | |
| NORMAN D. JEMAL, and | : | |
| BLAKE C. ESHERICK | : | |
| | : | |
| Defendants. | : | |

### ORDER

On September 6, 2006, the government filed a motion to amend its Opposition to Defendant's Motion In Limine to Preclude the Government from Asserting that Blake Esherick Created and Submitted the $38,000 Invoice. After considering the issues raised in the parties' briefs, it is this ____ day of September 2006, hereby

**ORDERED** that the government's motion to amend is granted.

**FURTHER ORDERED** that the last sentence in the introductory paragraph of the government's opposition, and the final paragraph of the opposition, will be struck.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge