UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :
                              :
            v.                :     Criminal Action No.: 05-0359 (RMU)
                              :
DOUGLAS JEMAL,                :     Doc. No.:           140
NORMAN D. JEMAL, and          :
BLAKE C. ESHERICK,            :
                              :
            Defendants.       :

**FILED**
SEP 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**

On September 7, 2006, the defendants filed a motion to preclude the government from mentioning certain things of value that Michael Lorusso received from Fernando Villegas in its opening statement. After considering the issues raised in the parties' briefs, it is this 11th day of September 2006, hereby

**ORDERED** that the defendants' motion is granted in part and denied in part, and it is

**FURTHER ORDERED** that the government may only reveal that Lorusso has plead guilty to a bribery conspiracy charge without reference to the specific items involved.

**SO ORDERED.**

Ricardo M. Urbina
United States District Judge