## Lynch, Timothy (USADC)

**From:** Dubester, Mark (USADC)
**Sent:** Monday, September 11, 2006 8:58 PM
**To:** Lynch, Timothy (USADC)

**Attachments:** Domain Custodian of Records.pdf

Counsel --

1) We expect to show Ms. Gill checks written from the DDC operating account to her for each year -- 2001, 2002 and 2003 -- corresponding to the schedule set forth in GX 578. We will prepare sets of checks for each year that consist of pages from the DDC operating account statements (with the Bates numbers at the bottom). We will mark them as 578(A) (for the 2001 checks to B. Gill), 578(B) (2002) and 578(C)(2003). (Either I will ask to have her identify post-2003 outside the presence of the jury, or I will ask you to stipulate, so that if the door is opened on post-2003 conduct, that Ms. Gill will not have to come back to identify any 2004 checks.)

In addition, I will pull some statement pages reflecting that Esherick paid these payments in early 2001, to include, for example, certain records from his F&M account (see, for example, GX 037-0018, 037-0021, 037-0032, 037-0056, 037-0095, 0037-0101, 037-0115, 037, 0121, 037-0129, 037-0136, 037-0167, 037-0172, and Eagle account documents, 201-009, 201-0021, 201-0031. I do not intend on trying to account for every dollar of support payment in 2000 from Mr. Esherick.)

I also intend on showing Ms. Gill the contents of GX 554, 47, and 48 (excerpts), and have her identify where Mr. Esherick lives now.

2) I will have the representative from Domain's testify to GX 16. Enclosed please find the Declaration of a Records Custodian for the document (16B) that I distributed today. If necessary, I will mark this as 16(C).


Domain Custodian of Records.pd...

3)     The IRS representative has prepared certified copies of some of the tax records and returns that have not been previously certified. I am not going to substitute the actual certified records for the numbered exhibits (which are identical but for the IRS certification.) I will make a set of the certified records for you that correspond to our marked exhibits so that you may compare them.

There are negligible format differences -- but no content differences whatsoever -- in the 2000, 2001 and 2002 "IRP" documents (GX 25, 27 and 29). For example the marked exhibits use the phrase "FICA wages," the certified records use the phrase "Social Security wages"  As noted, I will provide a set of the certified records so that you may have them for comparison purposes. To avoid having to re-mark the exhibits and this time and burden you will a new set of documents, I intend on using the already-marked exhibits and have the IRS representative compare the marked exhibits to the certified records prior to her testimony. We will ask whether the IRS ever received information that Mr. Esherick was paying mortgage.

Please note, we will seek to admit Mr. Esherick's 1999, 2000, 2001, 2002 and 2003 returns (GX 22, 24, 26, 28 and 30), and his 2000 (GX 25), 2001 (GX 27), and 2002 IRP (GX 29).

We are likely to have her testify as to the failure of MTD to file a return -- GX 56.

Mark

1

# Lynch, Timothy (USADC)

| | |
|---|---|
| **From:** | Dubester, Mark (USADC) |
| **Sent:** | Tuesday, September 12, 2006 7:53 PM |
| **To:** | Bruce, Carol Elder; Kemp, Paul F.; Weingarten, Reid; bheberlig@steptoe.com; rayres@steptoe.com; mroberts@akingump.com; King, Jeffrey; Stanley Brand; rnabatoff@brandlawgroup.com; Christopher B. Mead; Zusman, Mara B. |
| **Cc:** | Lynch, Timothy (USADC) |

Counsel --

The first witness, Pat Scott, will identify a color copy of the original of the signature card. She will also identify the sending bank as being in Midvale, Utah.

I expect Medding to identify DDC's March 2001 statement and items, October 2001 statement, December 2002 statement, as well as representative and extensive bounced checks and negative balances throughout 2001 and 2002.

He will also identify the MTD invoice, request for payment of funds and the lien lien release and the banking transaction on that account; he will identify the specific $929,000 receipt of funds from the DC Government and the check to J. Cayre associated with the chart I gave you. He will identify voided checks to the DC Government and Staubach.

He will identify numerous checks to Esherick (recorded as loans) and the General Ledger relating to Esherick and the bounced check fees.

He will identify the procedures associated with handling funds related to 77 P Street and bank statements/cash flow issues and procedures and NSF items related to that account.

He will describe the GL for Addison Road.

Mark