UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Criminal Action No. 05-359 (RMU) |
| : | |
| DOUGLAS JEMAL, : | |
| NORMAN D. JEMAL, and : | |
| BLAKE C. ESHERICK : | |
| : | |
| Defendants.  : | |

### ORDER

On September 15, 2006, defendant Douglas Jemal filed a motion in limine to preclude the government from introducing statements made by Blake Esherick to third parties about his income. After considering the issues raised in the parties' briefs, it is this ____ day of September 2006, hereby

**ORDERED** that the defendant's motion is denied.

**SO ORDERED.**

                                                    _____
                                                              Ricardo M. Urbina
                                                         United States District Judge