## Credit Application

| | |
|---|---|
| **AMOUNT REQUESTED** $5,000— | |
| **NAME:** (First, Last, Middle) Blake C. Esherick | |
| **TELEPHONE NO.** 301-229-5128 | **SOCIAL SEC. NO.** 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 |
| **ADDRESS** 7804 Radnor Rd | |
| **CITY** Bethesda | **STATE** Md.  **ZIP** 20817 |
| **DO YOU** ☐ OWN  ☐ RENT $ ___ AMOUNT OF PAYMENT | **HOW LONG** |
| **EMPLOYER** (Company Name & Address) Douglas Development | **HOW LONG** 3 Years |
| **BUSINESS PHONE** 301-984-8400  **EXT.** | **POSITION OR TITLE** Leasing Director |
| **SALARY PER MONTH  GROSS: $** 6,666.67 | **NET: $** |

Alimony, child support, or separate maintenance income need not be revealed if you do not wish to have it considered as a basis for repaying this obligation.

| SOURCES OF OTHER INCOME | AMOUNT PER MONTH $ |
|---|---|

### JOINT APPLICATION OR OTHER PARTY INFORMATION
Complete only if: for joint credit, for individual credit relying on income or assets from other sources.

| | |
|---|---|
| NAME (Last, Middle, First) | |
| TELEPHONE NO. | SOCIAL SEC. NO. |
| ADDRESS | |
| CITY | STATE  ZIP |
| DO YOU ☐ OWN ☐ RENT | HOW LONG |
| EMPLOYER (Company Name & Address) | |
| | HOW LONG |
| BUSINESS PHONE  EXT. | POSITION OR TITLE |
| SALARY PER MONTH  GROSS: $ | NET: $ |

Alimony, child support, or separate maintenance income need not be revealed if you do not wish it considered as a basis for repaying this obligation.

| SOURCES OF OTHER INCOME | AMOUNT PER MONTH $ |
|---|---|

**SIGNATURE** I certify that everything I have stated in this application and on any attachments is correct. You may keep this application whether or not it is approved. By signing below, I authorize you to check my credit and employment history and to answer questions others may ask you about my credit record with you. I understand that I must update credit information at your request if my financial condition changes.

APPLICANT'S SIGNATURE [signed]  DATE 2/22/00

OTHER SIGNATURE (Where Applicable)  DATE

**GOVERNMENT EXHIBIT No. 39**

039-0001
039-0001

## YOU ARE PRE-APPROVED FOR THE DIVIDEND MILES® VISA® CARD

☑ *Yes, I want to accept the Dividend Miles Visa card and earn 2,500 bonus Dividend Miles the first time I use the card.*

**Social Security Number:** 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
**Home Phone:** 301-229-5128
**Birth Date:** 9/17/63
**Employer/Business Name:** Douglas Development
**Business Phone:** 301-984-8400
**Gross Household Income:** $115,000 ☒ Annual
**Mother's Maiden Name:** Latham
**E-Mail Address:** besherick@douglasdev.com

*Income from alimony, child support, or separate maintenance payment need not be revealed if you do not wish us to consider it as a basis for repayment.*

**Applicant Signature:** [signature]
**Date:** 5/4/00

### PAYMENT PROTECTION PLAN

**Authorized User** (request an additional card for the following person who is authorized to use my account)

| First Name | Middle Initial | Last Name |
|---|---|---|

MAY 19 2000

UP0400-031-304-375
Blake Esherick
5523 Roosevelt St.
Bethesda, MD 20817-3781

M4581304369 103 714
My Dividend Miles account number is: 092D0X2
(Please verify Dividend Miles account number.)

Offer Expires: June 12, 2000
Credit Line Up To $4,500

Call 1-800-974-4442 to accept your card!

---

GOVERNMENT EXHIBIT
**No. 44**
U.S. v. Jemal - Cr. No. 05-359 (RMU)

044-0001
044-0001

# DIVIDEND MILES VISA CARD REQUEST CERTIFICATE

JAN 12 2001

**Yes,** I want a Dividend Miles Visa card and 2,500 bonus miles the first time I use the card.

Return before: February 14, 2001
Credit line up to $5,000

Social Security Number: 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
Birth Date: 9/17/63
Home Phone: (301) 229-5129
Mother's Maiden Name: LATHAM
E-Mail Address (optional): besherick@douglasdev.com
Employer/Business Name: DOUGLAS DEVELOPMENT
Business Phone: (202) 638-6300
☐ Monthly  ☒ Annual
Gross Household Income: $150,000

¹ Income from alimony, child support, or separate maintenance payment need not be revealed if you do not wish us to consider it as a basis for repayment.

☐ Please consider me for a Dividend Miles Visa Gold card, with a higher line of credit.

By signing below, you agree to the authorizations, terms and conditions on the reverse side.

X [signature]    Date: 01/03/01
Applicant Signature

UH200-010-778-606
Blake Esherick
7804 Radnor Rd
Bethesda, MD 20817-6284

15380778596 204 934
Your Dividend Miles account number is: 092D0X2
(Please verify Dividend Miles account number.)

Authorized User (I request an additional card for the following person who is authorized to use my account.)

First Name    Middle Initial    Last Name

**PAYMENT PROTECTION PLAN**
Initial below to enroll in the optional Payment Protection Plan that can pay your monthly minimum payment if you become disabled, unemployed, or take an unpaid leave of absence. This plan can also pay your balance in the event of death. I have read and agree to the benefits and exclusions on the reverse side.

YES _____
Initial Here

044-0002

044-0002

Detach here and mail back in the envelope provided or go to www.myusairwaysvisa.com

THE US AIRWAYS® VISA® PLATINUM CARD

## Pre-qualified Response Certificate

Social Security Number: 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

Home Phone: 202-362-4173

Birth Date: 9/17/63

Business Phone: 202-658-6200

Gross Yearly Household Income: $200,000.00

Mother's Maiden Name: LATHAM

E-mail address (optional): _____

*Income from alimony, child support, or separate maintenance payment need not be revealed if you do not wish us to consider it as a basis for repayment.

By signing below, you agree to the authorizations, terms, and conditions on the reverse side.

X [signature]   Date: 8/16/04

Authorized User (You request an additional card for the following person who is authorized to use your account.)

First Name ___  Middle Initial ___  Last Name ___

To get your card faster go to www.myusairwaysvisa.com

UR0604-006-707-673
Blake C. Esherick
6001 Nevada Ave. NW
Washington, DC 20015-2527

AUG 2 6 2004

D0136712668  V72 344

Your Dividend Miles account number is: 092D0X2
(Please verify Dividend Miles account number.)

Offer expires: **August 23, 2004**

Credit line up to: **$20,000**

Yes, I am signing below to acknowledge receipt of the Cardholder Security Plan® Terms and Conditions on the enclosed insert and I want to help protect my account with the optional Cardholder Security Plan. This plan can credit my credit card account up to 12 monthly payments in the event of disability, unemployment or unpaid family leave of absence, or up to $10,000 in the event of accidental death.

Sign here for the Cardholder Security Plan: _____

010280   DRCB004

## Balance Transfer Option (NO BALANCE TRANSFER FEES)

(save with a low 5.9% APR** on your balances until they're paid off)

Fill in the information below to transfer balances from your higher-rate credit cards before October 1, 2004 and you'll save with a low 5.9% fixed APR until those balances are paid off.** Each balance transfer listed below must be at least $100. Allow 4 weeks to process. Please read the balance transfer information on the reverse side.

**1** Transfer From Account Number: ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐

**2** Transfer From Account Number: ☐☐☐☐ ☐☐☐☐ ☐☐☐☐ ☐☐☐☐

Pay to: _____   Amount to Transfer: ☐☐☐☐☐.☐☐

Pay to: _____   Amount to Transfer: ☐☐☐☐☐.☐☐

**See the enclosed insert and reverse side of this letter for important information regarding this offer. Balance transfers will not earn Dividend Miles.   UPP-4-0604

044-0003

044-0003

Circuit Court for __Montgomery County__    Case No. ___FL_____
                        City or County

Blake C. Esherick            v.            Barbara A. Gill

# FINANCIAL STATEMENT
## (Short)
(DOM REL 30)

I, _____Blake C. Esherick_____, state that:
                        My name

I am the mother/**father** or
        Circle One          State Relationship (for example, aunt, grandfather, guardian, etc.)
of the minor child(ren):

| Name | Date of Birth | Name | Date of Birth |
|---|---|---|---|
| Taylor G. Esherick | 09-11-93 | | |
| Douglas V. Esherick | 04-12-96 | | |
| | | | |

The following is a list of my income and expenses (see below*):
*See definitions on back before filling out.*

| | |
|---|---|
| Total monthly income (before taxes) | $ 12,500 |
| Child support I am paying for my other child(ren) each month | $_____ |
| Monthly health insurance premium for this child(ren) | $ — |
| Alimony I am paying each month to _____ Name of Person(s) | $_____ |
| Alimony I am receiving each month from _____ Name of Person(s) | $_____ |
| Work-related monthly child care expenses for this child(ren) | $_____ |
| Extraordinary monthly medical expenses for this child(ren) | $_____ |
| School and transportation expenses for this child(ren) | $_____ |

*To figure the monthly amount of expenses, weekly expenses should be multiplied by 4.3 and yearly expenses should be divided by 12. If you do not pay the same amount each month for any of the categories listed, figure what your average monthly expense is.

I solemnly affirm under the penalties of perjury that the contents of the foregoing paper are true to the best of my knowledge, information and belief.

8/25/03
_____
Date                                                _____
                                                    Signature

Total Monthly Income: Include income from all sources including self-employment, rent, royalties,

Page 1 of 2

DR 30 - Revised 8 Nov 2000

Received  08-25-2003  06:33pm   From-2025380303   To-BULMAN DUNIE   Page 005

**GOVERNMENT EXHIBIT**

**No. 47**

MyNewCard Header

## Verify Your Application Information

Please verify that the information below is accurate. To make changes, select "Edit Application Form" and "Edit Balance Transfer Form" to input your new information before submitting your application. You might want to save or print this page for your records.

I certify that I am of legal contracting age; that I have read and agreed to all of the authorizations, terms ar conditions[1], and disclosures on this site.

**Yes**, please [Submit] my application for an instant response.

### Application Form Information

| | | | |
|---|---|---|---|
| Name | Blake C Esherick | Home Phone | (202) 362-4173 |
| Address | 6001 Nevada Avenue, Nw | Employer | Douglas Development |
| City | Washington | Business Phone | (202) 638-6300 |
| State | DC | E-mail Address | besherick@douglasdev.com |
| Zip Code | 20015 | Gross Income | $150,000 |
| Social Security Number | 215880740 | Mother's Maiden Name | Latham |
| Date of Birth | 09 /17 /1963 | | |
| Dividend Miles account number | ****0X2 | | |
| Additional Cardholder Name | | | |

[Edit Application Form]

### OPTIONAL Cardholder Security Plan

Cardholder Security Plan™ **No**

[Edit Security Plan]

### OPTIONAL Balance Transfer Information

GOVERNMENT EXHIBIT
No. 553
U.S. v. Jemal - Cr. No. 05-359 (RMU)

File: Confirm[1].htm
Full Path: QWF3\Part_1\NONAME-NTFS\Documents and Settings\besherick\Local Settings\Temporary Internet Files\Content.IE5\OX2V4LMJ\Confirm[1].htm
Modified: 8/25/2003 6:36:25 PM
Item Number: 87,834
Exported as:: Confirm[1][87834].htm

553-0001
553-0001

Account Number
Pay To Name
Amount $
Account Number
Pay To Name
Amount $
Account Number
Pay To Name
Amount $

[ Edit Balance Transfer ]

☐

**Yes**, please [ Submit ] my application for an instant response.

[1]See terms and conditions for details.

Privacy and Security

Bank of America, N.A. Member FDIC. Equal Housing Lender ☐
© 2003 Bank of America Corporation.
All rights reserved.