UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 18 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

VS.

CRIMINAL NO. 05-0359

DOUGLAS JEMAL, ET AL.

**QUESTION(S) FROM JURY TO WITNESS OR THE COURT**

[handwritten, illegible strikethrough line]

Bewley Is It a past practice of yours to just sign documents with out reading them?

If so why?

CR 05-0359
US v Douglas Jemal, et Al

[signature]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

SEP 18 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

VS.

DOUGLAS JEMAL, ET AL.

CRIMINAL NO. 05-0359

### QUESTION(S) FROM JURY TO WITNESS OR THE COURT

Q(1)

Besides Mr. Esherick, who else did she received instruction or information when it came to invoices that she created or submitted.

Prepared

(don't know right term to use)

CR 05-0359
USA v Douglas Jemal, et al.