UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
SEP 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

VS.

CRIMINAL NO. 05-0359

DOUGLAS JEMAL, ET AL.

## QUESTION(S) FROM JURY TO WITNESS OR THE COURT

~~[illegible scribbled-out text, multiple lines]~~

Is the timing and Material Expence included in the tenants Improvement Allowance, As terms of the leasing Agreement?

CR 05-0359
US v Douglas Jemal
et Al

[signature]

**FILED**
**SEP 2 0 2006**
**NANCY MAYER WHITTINGTON, CLERK**
**U.S. DISTRICT COURT**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

VS.

**DOUGLAS JEMAL, ET AL.**

CRIMINAL NO. 05-0359

QUESTION(S) FROM JURY TO WITNESS &/OR COURT

---

*[Handwritten note on notepad:]*

What does the Phrase "above normal" mean to you in General terms.

CR05-0359
US v. Douglas Jemal,
Et Al

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

VS.

DOUGLAS JEMAL, ET AL.

CRIMINAL NO. 05-0359

FILED
SEP 20 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## QUESTION(S) FROM JURY TO WITNESS OR THE COURT

Once you complete a job, is it in the contract that you come out and service the sprinklers, or do you come out on a as need basis? If no contract exist, If so, on a as needed basis, Are they charges that are billable?

How long from the time of the call to repair

CR 05-0359
US v Douglas Jemal,
et al.