UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES,  )  |  |
|  ) |  |
|   v.  ) | Cr. Nos. 05-0359-01, 02, 03 (RMU) |
|  ) |  |
| DOUGLAS JEMAL, et al.  ) |  |
|  ) |  |
|   Defendants.  ) |  |

## ORDER

Upon consideration of the Defendant, Norman Jemal's, Motion In Limine to exclude evidence of his financial affairs, including evidence relating to his compensation, the method by which he pays his personal bills, and withdrawals of cash from his checking account, the Government's response thereto, and the Defendants' reply, it is **HEREBY ORDERED** that said motion is **GRANTED**, and the government is barred from eliciting such evidence in this case.

Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE

copies to:

Stanley M. Brand
Ross Nabatoff
The Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 662-9700
Counsel for Norman Jemal

Reid Weingarten
Erik L. Kitchen
Brian M. Heberlig
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
 (202) 429-3000
Counsel for Douglas Jemal

Michele Roberts
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 887-4306
Counsel for Douglas Jemal

Christopher B. Mead
London & Mead
1225 19th Street, N.W.
Suite 320
Washington, D.C. 20036
(202) 331-3334
Counsel for Douglas Jemal

Paul Kemp
Carol Elder Bruce
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4400
Counsel for Blake Esherick