UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Criminal Action No. 05-359 (RMU) |
| : | |
| DOUGLAS JEMAL, : | |
| NORMAN D. JEMAL, and : | |
| BLAKE C. ESHERICK : | |
| : | |
| Defendants.   : | |

### ORDER

On September 22, 2006, defendants filed motions in limine to preclude the government from introducing evidence concerning certain financial matters. . After considering the issues raised in the parties' briefs, it is this ____ day of September 2006, hereby

**ORDERED** that the defendants' motions are denied.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge