UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

   VS.
                                    CRIMINAL NO. 05-0359

DOUGLAS JEMAL, ET AL.

FILED

SEP 21 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### QUESTION(S) FROM JURY TO WITNESS OR THE COURT

I think Greg Lubar went to Sidwell with either my son or daughter — he / or his brother was in one of their classes in Middle School — I am not sure about high school

Juror #4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

VS.

DOUGLAS JEMAL, ET AL.

CRIMINAL NO. 05-0359

**FILED**
SEP 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### QUESTION(S) FROM JURY TO WITNESS OR THE COURT

09-21-06

#2)

Do you have to have a precentage of renters locked into leases before you agree to broker a deal with a developer or landlord and if so what precent.

2) How unusual is it for vendors to complain or non to your company about delayed payment from developers/or landlords.

CR 05-0359

US v. Jemale, ET AL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
SEP 21 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

VS.

**DOUGLAS JEMAL, ET AL.**

CRIMINAL NO. 05-0359

QUESTIONS FROM JURY TO WITNESS OR THE COURT

[two lines of scribbled-out handwriting]

1) WHO HIRED/SELECTED CONFIGURATION INC.? [MOVERS]

2) DID CONFIGURATION [MOVERS] GET BILLED FOR THE DAMAGES?

05-0359
USA v Jemal et al.