# DDC Efforts to Lease 4800 Addison Road



| | | | |
|---|---|---|---|
| **SPINELLO**<br>14,400 sq.ft. | 3/99 | $800/mo.<br>($.67 per sq.ft.) | |
| **THOMAS TOURS**<br>3 acres plus garage | 12/99 | $10,000/mo.<br>($.92 per sq.ft.) | $120,000/yr. |
| **CAPITAL DISPATCH**<br>3 acres plus garage | 5/00 | $3,500 –<br>$7,000/mo.<br>($.64 per sq.ft.) | $42,000 –<br>$84,000/yr. |
| **AGGREGATE DIRT (offer)**<br>3.5 acres plus garage | 4/01 | $7,500/mo.<br>($.59 per sq.ft.) | $90,000/yr. |
| **DISTRICT OF COLUMBIA**<br>**5** acres plus garage | **5/01** | **$51,723/mo.**<br>($2.75 per sq.ft.) | **$620,675/yr.** |
| **DISTRICT OF COLUMBIA**<br>**8** acres plus garage | **Summer 01** (amended) | **$83,187.50/mo.**<br>($2.75 per sq.ft.) | **$998,250/yr.** |
| **CONNEX**<br>4 acres plus garage | 2/05 | $12,500/mo.<br>($.86 per sq.ft.) | $150,000/year |

Exhibits referenced: GX 137, GX 231, GX 426, GX 501, GX 464 (also GX 247), GX 275, GX 230