UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

VS.

DOUGLAS JEMAL, ET AL.

CRIMINAL NO. 05-0359

FILED
SEP 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**QUESTION(S) FROM JURY TO WITNESS OR THE COURT**

On a scale of 1-10, with 10 being extreme, what number would you give to the damage that you saw, as it relates to the movers.

CR05-0359
US v Douglas Jemal
et Al