## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.:  05-0359 (RMU) |
| | : | |
| DOUGLAS JEMAL, | : | |
| NORMAN D. JEMAL, and | : | |
| BLAKE C. ESHERICK, | : | **FILED** |
| | : | |
| Defendants. | : | SEP 2 6 2006 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### REVISED ORDER

**GRANTING THE GOVERNMENT'S MOTION TO LIMIT CROSS-EXAMINATION AND DENYING THE DEFENDANTS' MOTION TO PRECLUDE CERTAIN GOVERNMENT WITNESSES**

On September 26, 2006, the government filed a motion to limit cross-examination to the scope of direct examination for specific witnesses, and the defendants filed a motion to preclude certain government witnesses pursuant to Federal Rule of Evidence 403.  After considering the issues raised in the parties' briefs, it is this 26th day of September, 2006, hereby

**ORDERED** that the government's motion is **GRANTED**, and it is

**FURTHER ORDERED** that the government shall inform the defense as to whether it objects to cross-examination outside the scope of direct examination for specific witnesses at the time it informs the defendants of its witnesses for the following date, and as to those witnesses, the defendants shall limit their cross-examination to the scope of the direct examination, and it is

ORDERED that the defendants' motion is **DENIED**.[1]

**SO ORDERED**.

_____
Ricardo M. Urbina
United States District Judge

---

[1]      The court has authority under Federal Rule of Evidence 403 to curtail the calling of witnesses whose testimony is, among other things, unnecessarily time consuming. In denying the defendants' motion, the court relies in part on the government's representation that the direct examination of these witnesses will not take more than 20 minutes. A strict time limit will be enforced.