UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA  :
:
v.  : Criminal Action No.: 05-0359 (RMU)
:
DOUGLAS JEMAL,  :
NORMAN D. JEMAL, and  :
BLAKE C. ESHERICK,  :
:
      Defendants.  :

**FILED**
SEP 2 7 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

It is this 27th day of September, 2006 hereby

**ORDERED** that the proponent of a motion will notify the court of the issue treated by that motion by 9:00 p.m. on the day prior to filing the motion. Counsel shall notify chambers by calling 202-354-3398, law clerk Macrui Dostourian.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge