**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

FILED

SEP 2 8 2006

**UNITED STATES OF AMERICA**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

    **VS.**

**CRIMINAL NO. 05-0359**

**DOUGLAS JEMAL, ET AL.**

<u>**QUESTION(S) FROM JURY TO WITNESS OR THE COURT**</u>

9-28-06

Judge Urbina,

    I would like to request an early dismissal on Friday October 6th at approximately 3:00 pm. I would like to attend the Holy Convocation at The House of The Lord Church in Brooklyn, NY that evening. It is an annual event at the church, church members travel from across the U.S. to attend. Please grant this request, as it is for religious reasons. Thank you for your consideration.

        Sincerely,
        Juror # 9

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

VS.

**DOUGLAS JEMAL, ET AL.**

CRIMINAL NO. 05-0359

FILED

SEP 2 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## QUESTION(S) FROM JURY TO WITNESS OR THE COURT

1- WHAT ARE THE DATES THAT DC USED 4800 ADDISON ROAD? START AND END DATES

FIRST CAR IN     LAST CAR OUT

~~WHEN WAS THE ~~

~~WHAT IS THE DATE OF THE~~
~~DC IMPOUND LOT LIST OR INVOICE~~
~~GOVT DOCUMENT 299~~

CR 05-0359
USA
V.
Douglas Jemal, Et Al