UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No. 05-359 (RMU) |
| | : | |
| DOUGLAS JEMAL, | : | |
| NORMAN D. JEMAL, and | : | |
| BLAKE C. ESHERICK | : | |
| | : | |
| Defendants. | : | |

## O R D E R

On October 3, 2006, the government filed a motion in limine to preclude the defense from posing cross examination questions asking witnesses to testify about what other witnesses have testified or what other witnesses might testify to if called. After considering the issues raised in the parties' briefs, it is this ____ day of October 2006, hereby

**ORDERED** that the government's motion is granted.

**SO ORDERED.**

_____
Ricardo M. Urbina
United States District Judge