UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

VS.

DOUGLAS JEMAL, ET AL.

CRIMINAL NO. 05-0359

**QUESTION(S) FROM JURY TO WITNESS OR THE COURT**

1. Why was the $1700.00 given to Blake that you have taken out of your personal account and loan it to Mr. Roberson?

You stated in your testimony that Mr. Roberson paid the $1700.00 back and then you gave it to Blake. Why?

Also, Mr. Lafusso stated that he received a check from Mr. Butterworth for $3,400.00 & deposit in account on 4/03/02 but check was written 9/19/?.

CR 05-0359
US v Douglas Jemal et Al.

1- WHEN DID BUILD-OUT
   FOR NEW ECONOMY ACT
   GET DONE?
   HOW MUCH DID BUILD-OUT COST?
   ~~FOR ALL THESE LEASES?~~
   ~~DID IT ALL EQUAL THE 863,999.66~~

2- WHO WAS DEPUTY DIRECTOR OPM
   BEFORE MICHAEL LORUSSO? / AND AFTER
   WHAT WAS THE RELATIONSHIP of THOSE PERSON(S)
   TO DOUGLAS DEVELOPMENT? ANY PERSONAL
   FRIENSHIPS DEVELOPED To His KNOWLEGE?

3- WHAT PERSONAL DEBT CAUSED Mr LORUSSO'S
   NEED FOR SO MUCH ADDITIONAL FUNDS
   ABOVE HIS SALARY.

CR 05-0359 US v. Douglas
                              Jemal et.A.

"Questions for ~~Mr~~ Lorusso"

① What is a hedge fund?

② What is a "Ponzi" scheme?

③ ~~Did it ever occur to you that what you were doing for "DBC" was unethical? If so, when you realized it, why didn't you stop?~~

④ As a Government Official, why did you feel the need to abuse your position of power?

CR 05-0359
US v. Douglas Jemal