UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES, | ) ) ) | |
| v. | ) ) ) | Cr. No. 05-359-01, 02, 03 (RMU) |
| DOUGLAS JEMAL, ET AL., | ) ) ) | |
| Defendants. | ) ) | |

**DEFENDANT, NORMAN D. JEMAL'S, MOTION FOR JUDGMENT OF ACQUITTAL ON COUNT FIVE**

Defendant, Norman D. Jemal, pursuant to Federal Rule of Criminal Procedure 29(a), respectfully moves for a judgment of acquittal on Count Five of the Indictment. The prosecution has failed to prove that he possessed any knowledge of the existence of the MTD invoice, that the MTD invoice was submitted to Morgan Stanley, and that the MTD invoice contained any alleged falsities. Without any direct or circumstantial evidence establishing such knowledge by Norman D. Jemal, the prosecution is not entitled to have the jury determine the validity of this count.

Respectfully submitted,

Stanley M. Brand
Ross A. Nabatoff
Brand Law Group
923 Fifteenth St., N.W..
Washington, D.C. 20005
(202) 662-9700
Counsel for Norman D. Jemal