# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **UNITED STATES,** | ) | |
| | ) | |
| v. | ) | Cr. Nos. 05-0359-01, 02, 03 (RMU) |
| | ) | |
| **DOUGLAS JEMAL, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Upon consideration of Defendant, Norman D. Jemal's, Motion for Judgment of Acquittal on Count Five, the Government's Opposition thereto, and Mr. Jemal's Reply, it is **HEREBY ORDERED** that Mr. Jemal's motion is **GRANTED**, and Norman D. Jemal is dismissed from Count Five..

Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE

copies to:

Stanley M. Brand
Ross Nabatoff
The Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 662-9700
Counsel for Norman Jemal

Reid Weingarten
Erik L. Kitchen
Brian M. Heberlig
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
 (202) 429-3000
Counsel for Douglas Jemal

Michele Roberts
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 887-4306
Counsel for Douglas Jemal

Christopher B. Mead
London & Mead
1225 19th Street, N.W.
Suite 320
Washington, D.C. 20036
(202) 331-3334
Counsel for Douglas Jemal

Paul Kemp
Carol Elder Bruce
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4400
Counsel for Blake Esherick

Mark H. Dubester
Timothy G. Lynch
Assistant United States Attorneys
United States Attorney's Office

555 Fourth Street, N.W.
Washington, D.C. 20530