UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

VS.

DOUGLAS JEMAL, ET AL.

FILED

OCT 1 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CRIMINAL NO. 05-0359

## QUESTION(S) FROM JURY TO WITNESS OR THE COURT

① How did you come to meet Michael Lorusso?

② With a successful Business prior to meeting (him) M. Lorusso why did you get involved with his acts?

③ Did he ever "Demand" certain gifts or acts from you? in Exchange for the acts or for things that he would do for you?

CR 05-0359
US v Douglas Jemal

1- DID THE IRS DISCOVER ANY OF THESE TAX FILING ERRORS BEFORE THE INVESTIGATION OF MR. ESHWICK AND DOUGLAS DEVELOPMENT BEGAN.

CR 05-0359
US v Douglas Jemal



Does one have to declare loans as income to the IRS?

How much money can be given as a "gift" without having to declare it as income?

CR 05 0359

US v Douglas Jemal