## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
            v.                    :     Criminal Action No.:  05-0359 (RMU)
                                  :
DOUGLAS JEMAL,                    :
NORMAN D. JEMAL, and             :
BLAKE C. ESHERICK,               :
                                  :
            Defendants.           :

**FILED**

OCT 18 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon further research and examination of the case law relevant to the issue of when and under what circumstances an instruction on a lesser-included offense is appropriate, the court concludes that it will give a jury instruction on Payment of Unlawful Gratuities and Conspiracy to Pay Unlawful Gratuities.

Additionally, the court will include an instruction on a claim of right defense on the mail fraud and wire fraud charges.  The instruction will use the defendants' proposed language, with the exception of the third sentence, stating "However, if a defendant knowingly submits . . . he is not guilty of wire or mail fraud."

**SO ORDERED.**


_____
Ricardo M. Urbina
United States District Judge