UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal Action No.: 05-0359 (RMU) |
| | : | |
| DOUGLAS JEMAL, | : | |
| NORMAN D. JEMAL, and | : | **FILED** |
| BLAKE C. ESHERICK, | : | |
| | : | OCT 2 0 2006 |
| Defendants. | : | |
| | | NANCY MAYER WHITTINGTON, CLERK |
| | | U.S. DISTRICT COURT |

## ORDER

**GRANTING THE DEFENDANTS' MOTION TO ALTER THE SCHEDULE FOR CLOSING ARGUMENTS**

At 6:04 p.m. on October 19, 2006, the defendants filed an unopposed request, via email, that the court alter the agreed-upon schedule for closing arguments to allow the defense to deliver closing arguments until 3:00 p.m. on Friday, October 20, 2006 and then to continue with the defendants' closing arguments and the government's rebuttal on Monday, October 23, 2006. Upon consideration of the defendants' request, it is hereby

**ORDERED** that the defendants' request to alter the schedule for closing arguments is **GRANTED**.

**SO ORDERED.**

_Ricardo M. Urbina_
Ricardo M. Urbina
United States District Judge