UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, )<br>)<br>v.    )<br>)<br>DOUGLAS JEMAL, et al., )<br>)<br>Defendants.    )<br>) | Crim. No.  05-359-1, -2, -3 (RMU) |

ORDER

Upon consideration of Defendants' Motion to Strike Testimony Suggesting That SEC Determined Lorusso Had Not Broken the Law, and to Prohibit Such Argument in Government's Rebuttal, and the opposition thereto, it is this _____ day of October, 2006, hereby

**ORDERED** that defendants' motion is hereby **GRANTED**, and it is

**FURTHER ORDERED** that the testimony of Michael Lorusso at transcript 3601:2-3603:13 is stricken, and that government counsel may not argue to the jury that the SEC did not initiate proceedings against Mr. Lorusso.

**SO ORDERED.**

_____
Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE