UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 26 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                                    Criminal No. 05-0359 (RMU)

DOUGLAL JEMAL, ET AL

JURY NOTE

JURY START AT 10:10 AM

Date: 10-26-06

Time: 10:10

Foreperson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                                          Criminal No. 05-0359 (RMU)

DOUGLAL JEMAL, ET AL

## JURY NOTE

Can we find Blake Esherick not guilty on tax counts 5 and 6 because we are unsure of which property he was claiming mortgage interest and real estate taxes on. The tax returns are missing form 1098 which would show on what property he is claiming the deductions.

Dear Jury

Yes you may

Judge Urbina
12:03
10:26 AM

Date: 10-26-06

Time: 11:05 AM

Foreperson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 26 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                                    Criminal No. 05-0359 (RMU)

DOUGLAL JEMAL, ET AL

## JURY NOTE

A - AS TO COUNT 7, IS IT AGAINST THE LAW TO NOT FILE TAXES?
  * - COULD A PERSON HAVE FILED EXTENTIONS

B - WE WOULD LIKE TO BREAK FOR LUNCH AT 12:30 PM

Dear Jury,

Failure to file Income Tax is not an offense charged in this case.

The issue of "extensions" is not part of the record in this case.

Please [illegible]

[margin note: Not given RMU]

Date: 10-26-06
Time: 12:01

Foreperson

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

OCT 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.  Criminal No. 05-0359 (RMU)

DOUGLAL JEMAL, ET AL

*10.26*

JURY NOTE

> Dear Jury~
>
> Failure to file a tax return is an offense. It is not the same as "tax evasion" and it is not charged in this indictment.
>
> The issue of whether an individual may file for "extensions" is not part of the factual or legal record in this case, and I instruct you NOT to speculate as to the issue.
>
> Please resume your deliberations after lunch. Thank you
>
> J. Urbina
>
> *12:23*

Date: _____

Time: _____                         _____
                                                       Foreperson

*notes*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

OCT 26 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.                              Criminal No. 05-0359 (RMU)

DOUGLAL JEMAL, ET AL

## JURY NOTE

The Jury has reached the verdict.

Can we get a "stress" day for tomorrow and get credit for it?

Date: 10/26/06

Time: 1:40 PM

Foreperson