UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
            v.                    :   Criminal Action No.: 05-0359 (RMU)
                                  :
DOUGLAS JEMAL,                    :
NORMAN D. JEMAL, and              :   **FILED**
BLAKE C. ESHERICK,                :
                                  :   OCT 2 6 2006
            Defendants.           :
                                  :   NANCY MAYER WHITTINGTON, CLERK
                                      U.S. DISTRICT COURT

## VERDICT FORM

## COUNT ONE - CONSPIRACY

### Defendant Douglas Jemal

(a) How do you find the defendant, Douglas Jemal, as to Count One of the Indictment, Conspiracy to Commit Bribery?

Not Guilty **X**   Guilty ____

If your verdict is Guilty, do not consider the lesser-included count of Conspiracy to Pay Unlawful Gratuities. If your verdict above is Not Guilty, then reach the following verdict:

(b) How do you find the defendant, Douglas Jemal, as to Count One of the Indictment on the lesser-included count of Conspiracy to Pay Unlawful Gratuities?

Not Guilty **X**   Guilty ____

**Defendant Norman Jemal**

(a) How do you find the defendant, Norman Jemal, as to Count One of the Indictment, Conspiracy to Commit Bribery?

Not Guilty **X**   Guilty ____

If your verdict is Guilty, do not consider the lesser-included count of Conspiracy to Pay Unlawful Gratuities. If your verdict is Not Guilty, then reach the following verdict:

(b) How do you find the defendant, Norman Jemal, as to Count One of the Indictment on the lesser-included count of Conspiracy to Pay Unlawful Gratuities?

Not Guilty **X**   Guilty ____

**Defendant Blake Esherick**

(a) How do you find the defendant, Blake Esherick, as to Count One of the Indictment, Conspiracy to Commit Bribery?

Not Guilty **X**   Guilty ____

If your verdict is Guilty, do not consider the lesser-included count of Conspiracy to Pay Unlawful Gratuities. If your verdict is Not Guilty, then reach the following verdict:

(b) How do you find the defendant, Blake Esherick, as to Count One of

the Indictment on the lesser-included count of Conspiracy to Pay Unlawful Gratuities?

Not Guilty **X**   Guilty _____

## COUNT TWO - BRIBERY

### Defendant Douglas Jemal

(a) How do you find the defendant, Douglas Jemal, as to Count Two of the Indictment, Bribery?

Not Guilty **X**   Guilty _____

If your verdict is Guilty, do not consider the lesser-included count of Payment of Unlawful Gratuities. If your verdict above is Not Guilty, then reach the following verdict:

(b) How do you find the defendant, Douglas Jemal, as to Count Two of the Indictment on the lesser-included count of Payment of Unlawful Gratuities?

Not Guilty **X**   Guilty _____

### Defendant Norman Jemal

(a) How do you find the defendant, Norman Jemal, as to Count Two of the Indictment, Bribery?

Not Guilty **X**   Guilty _____

If your verdict is Guilty, do not consider the lesser-included count of Payment of Unlawful Gratuities. If your verdict is Not Guilty, then reach the following verdict:

(b)  How do you find the defendant, Norman Jemal, as to Count Two of the Indictment on the lesser-included count of Payment of Unlawful Gratuities?

Not Guilty **X**     Guilty_____

### Defendant Blake Esherick

(a)  How do you find the defendant, Blake Esherick, as to Count Two of the Indictment, Bribery?

Not Guilty **X**     Guilty_____

If your verdict is Guilty, do not consider the lesser-included count of Payment of Unlawful Gratuities. If your verdict is Not Guilty, then reach the following verdict:

(b)  How do you find the defendant, Blake Esherick, as to Count Two of the Indictment on the lesser-included count of Payment of Unlawful Gratuities?

Not Guilty **X**     Guilty_____

## COUNT THREE - MAIL FRAUD

### Defendant Douglas Jemal

How do you find the defendant, Douglas Jemal, as to Count Three of the Indictment, Mail Fraud?

Not Guilty _X_   Guilty ____

### Defendant Norman Jemal

How do you find the defendant, Norman Jemal, as to Count Three of the Indictment, Mail Fraud?

Not Guilty _X_   Guilty ____

### Defendant Blake Esherick

How do you find the defendant, Blake Esherick, as to Count Three of the Indictment, Mail Fraud?

Not Guilty _X_   Guilty ____

## COUNT FOUR - WIRE FRAUD

### Defendant Douglas Jemal

How do you find the defendant, Douglas Jemal, as to Count Four of the Indictment, Wire Fraud?

Not Guilty ____   Guilty _X_

5

### Defendant Blake Esherick

How do you find the defendant, Blake Esherick, as to Count Four of the Indictment, Wire Fraud?

Not Guilty_____ Guilty **X**

### COUNT FIVE - TAX EVASION (2001)

### Defendant Douglas Jemal

How do you find the defendant, Douglas Jemal, as to Count Five of the Indictment, Tax Evasion (for 2001)?

Not Guilty **X** Guilty_____

### Defendant Blake Esherick

How do you find the defendant, BlakeEsherick, as to Count Five of the Indictment, Tax Evasion (for 2001)?

Not Guilty_____ Guilty **X**

## COUNT SIX- TAX EVASION (2002)

### Defendant Douglas Jemal

How do you find the defendant, Douglas Jemal, as to Count Six of the Indictment, Tax Evasion (for 2002)?

    Not Guilty **X**  Guilty_____

### Defendant Blake Esherick

How do you find the defendant, Blake Esherick, as to Count Six of the Indictment, Tax Evasion (for 2002)?

    Not Guilty_____  Guilty **X**

## COUNT SEVEN -- TAX EVASION (2003)

### Defendant Douglas Jemal

How do you find the defendant, Douglas Jemal, as to Count Seven of the Indictment charging Tax Evasion (for 2003)?

    Not Guilty **X**  Guilty_____

**Defendant Blake Esherick**

How do you find the defendant, Blake Esherick, as to Count Seven of the Indictment, Tax Evasion (for 2003)?

Not Guilty **X**    Guilty ____

Foreperson sign and date the completed verdict form.

_____    10-26-06
Foreperson                         Date