AO 245A (AO Rev. 12/03 - DC Rev. 12/05) Judgment of Acquittal

# UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.

#2: NORMAN D. JEMAL

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 05-0359-02

**FILED**

OCT 2 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Ricardo M. Urbina         U.S. District Judge
Name of Judge             Title of Judge

10-26-06
Date