UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | ) |
| | ) |
| v. | ) Cr. Nos. 05-0359-01, 02 & 03 (RMU) |
| | ) |
| DOUGLAS JEMAL, et al. | ) |
| | ) |
| Defendants. | ) |

**NORMAN D. JEMAL'S MOTION FOR RETURN OF HIS PASSPORT**

Defendant, Norman D. Jemal, respectfully requests that this Court order that Mr. Jemal's passport be returned him as soon as possible. On October 26, 2006, a jury found Mr. Norman D. Jemal not guilty of all the counts charged against him in the indictment. Consequently, Norman D. Jemal is entitled to the return of his passport, and this Court should issue such an order.

Respectfully submitted this 30th day of October, 2006.

_____
Stanley M. Brand
Ross Nabatoff
The Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 662-9700
Counsel for Norman D. Jemal