UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES,** | ) |
| | ) |
| v. | ) Cr. Nos.  05-0359-01, 02, 03 (RMU) |
| | ) |
| **DOUGLAS JEMAL, et al.** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER

On October 26, 2006, a jury found Defendant, Norman D. Jemal not guilty as to the counts charged against him.  Based upon this verdict of not guilty, it is **HEREBY ORDERED** that Norman D. Jemal's passport be returned to him as expeditiously as possible.

Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE

copies to:

Stanley M. Brand
Ross Nabatoff
The Brand Law Group
923 Fifteenth Street, N.W.
Washington, D.C. 20005
(202) 662-9700
Counsel for Norman Jemal

Reid Weingarten
Erik L. Kitchen
Brian M. Heberlig
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, D.C. 20036-1795
 (202) 429-3000
Counsel for Douglas Jemal

Michele Roberts
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 887-4306
Counsel for Douglas Jemal

Christopher B. Mead
London & Mead
1225 19th Street, N.W.
Suite 320
Washington, D.C. 20036
(202) 331-3334
Counsel for Douglas Jemal

Paul Kemp
Carol Elder Bruce
Venable LLP
575 7th Street, N.W.
Washington, D.C. 20004
(202) 344-4400
Counsel for Blake Esherick