UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 30 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES, | ) |
| v. | ) Cr. Nos. 05-0359-02   3 (RMU) |
| DOUGLAS JEMAL, et al. | ) |
| Defendants. | ) |

### ORDER

On October 26, 2006, a jury found Defendant, Norman D. Jemal not guilty as to the counts charged against him. Based upon this verdict of not guilty, it is **HEREBY ORDERED** that Norman D. Jemal's passport be returned to him as expeditiously as possible.

_____
Ricardo M. Urbina
UNITED STATES DISTRICT JUDGE